## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

STATE OF FLORIDA, ET AL.

    VS                                        CASE NO.  3:10cv91/RV/EMT

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.

### NOTICE

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| Place: | United States Courthouse<br>One North Palafox Street<br>Pensacola, Florida 32502-5658 |
| Room No: | Courtroom Five |
| Date: | April 14, 2010 |
| Time: | 9:00 a.m. |
| Type of Proceeding: | Rule 16 Scheduling Conference before Senior Judge Roger Vinson |

**NOTE:**
**If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.**

                                          WILLIAM M. McCOOL, CLERK OF COURT

| | |
|---|---|
| March 29, 2010 | *s/ Jerry Marbut* |
| DATE | Deputy Clerk: Jerry Marbut |

Copies to:
Honorable Senior Judge Vinson
Blaine H. Winship
Court Security
Court Reporter