# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA, ET AL

    vs                                                                      Case No.   3:10cv91 RV/EMT

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, ET AL

---

**ORDER**

**GARY P. SALAMONE'S "FRIEND OF THE COURT BRIEF"** received by the Clerk on March 29, 2010, was referred to the undersigned with the following deficiencies:

    Gary P. Salamone is not a party to this suit.

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    Your document is not properly captioned for this court.  Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading.  The body of your pleading should state the nature of your request and what you want the court to do for you.

    The first page of the document does not have a bottom margin of at least two inches as required by N.D. Fla. Loc. R. 5.1(B)(3).

    The document is not double-spaced as required by N.D. Fla. Loc. R. 5.1.(B)(3).

For these reasons, IT IS ORDERED that:

    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

DONE and ORDERED this 30th day of March, 2010.

                                           /s/ *Roger Vinson*
                                           ROGER VINSON
                                           SENIOR UNITED STATES DISTRICT JUDGE