FLN (Rev. 4/2004) Deficiency Order                                                                                   Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA, et al

    vs                                                          Case No.  3:10cv91/RV/EMT

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al

_____

## ORDER

Your document, **MOTION OF PROPOSED INTERVENOR STEVE SCHONBERG TO INTERVENE AS A PLAINTIFF (received 3/30/10)**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    The first page of the document does not have a bottom margin of at least two inches as required by N.D. Fla. Loc. R. 5.1(B)(3).

For these reasons, IT IS ORDERED that:

    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

DONE and ORDERED this 5th day of April, 2010.

                                                   /s *Roger Vinson*
                                                ROGER VINSON
                                                SENIOR UNITED STATES DISTRICT JUDGE