# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA, et al

    vs	Case No. 3:10cv91/RV/EMT

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al

---

**ORDER**

TO:   Paul Andrew Mitchell

Your document, **NOTICE OF INTENT TO APPLY FOR LEAVE TO INTERVENE (received 3/31/10)**, was referred to the undersigned with the following deficiencies:

(a)   The document does not have an original signature or proper electronic signature.

(b)   The first page of the document does not have a bottom margin of at least two inches as required by N.D. Fla. Loc. R. 5.1(B)(3).

(c)   Any intervention in this case must be on grounds, and in accordance with the procedures, set out in Rule 24, Federal Rules of Civil Procdure.

For these reasons, IT IS ORDERED that:

(1)   The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document. The document is DENIED without prejudice, with leave given to refile after correction.

(2)   The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

DONE and ORDERED this 5th day of April, 2010.

                          /s *Roger Vinson*
                          ROGER VINSON
                          SENIOR UNITED STATES DISTRICT JUDGE