FLN (Rev. 4/2004) Deficiency Order                                                                                              Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA, et al

    vs                                                       Case No. 3:10cv91/RV/EMT

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al

_____

**ORDER**

TO: Paul Andrew Mitchell

Your document, **FIRST SUPPLEMENT TO PROOF OF SERVICE (received 3/31/10)**, was referred to the undersigned with the following deficiencies:

(a) The document does not have an original signature or proper electronic signature.

(b) Your document is not properly captioned for this court. Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading. 5.1(B)(1)(2)].

For these reasons, IT IS ORDERED that:

(1) The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

(2) The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

DONE and ORDERED this 5th day of April, 2010.

                                            /s *Roger Vinson*
                                            ROGER VINSON
                                            SENIOR UNITED STATES DISTRICT JUDGE