1  Paul Andrew Mitchell, B.A., M.S., *Sui Juris*
2  Private Attorney General, 18 U.S.C. 1964(a)
3  c/o Lake Union Mail
4  117 East Louisa Street
5  Seattle 98102-3203
6  WASHINGTON STATE, USA
7
8  Fax: (206) 329-3448 (use cover sheet)

10  **All Rights Reserved without Prejudice**
11  (cf. UCC 1-308)
12
13  *In Propriae Personae*

16                United States District Court
17                 Northern District of Florida
18                      Pensacola Division

20  STATE OF FLORIDA *et al.*,           ) Case No. 3:10-CV-00091-RV-EMT
21                                       )
22         Plaintiffs                    )
23                                       )
24     v.                                )
25                                       )
26  UNITED STATES DEPARTMENT OF          )
27  HEALTH AND HUMAN SERVICES *et al.*,  )
28                                       )
29         Defendants.                   )
30  -------------------------------------)
31                                       )
32  People of the United States          ) **NOTICE OF INTENT TO APPLY**
33  of America                           ) **FOR LEAVE TO INTERVENE:**
34  *ex relatione*                       ) Article I, Sections 2 and 9;
35  Paul Andrew Mitchell,                ) Qualifications Clauses;
36                                       ) Tenth Amendment; 16 Stat. 426;
37         Applicants.                   ) 5 U.S.C. §§ 552, 2906, 3331;
38  _____) 28 U.S.C. § 1654.

39  COME NOW the People of the **United States of America** ("Applicants")

40  appearing *In Propriae Personae* (expressly not "*Pro Se*" i.e. "For It")

41  *ex relatione* Paul Andrew Mitchell, B.A., M.S., Citizen of ONE OF the

42  **United States of America**, Private Attorney General (18 U.S.C. 1964),

43  Criminal Investigator and Federal Witness (hereinafter "Relator") to

44  notify this honorable Court of Applicants' specific intent formally to

45  apply for leave to intervene in the above entitled case, and to

46  provide timely written Notice to all interested Parties of same.

1      **CONGRESS HAS ALREADY EXTENDED THE CONSTITUTION INTO D.C.**

2       Applicants hereby notify all Proper Parties of the Act of

3  Congress at 16 Stat. 419, <u>426</u>, Sec. 34 (1871), to wit:

4        ... [A]nd **the Constitution and all the laws of the United States**,
5        which are not locally inapplicable, **shall have the same force and**
6        **effect within the District of Columbia as elsewhere within the**
7        **United States.**   [**bold** emphasis added]
8

9       That Act of Congress was expressly cited in *Corpus Juris infra*

10  and by the U.S. Supreme Court in <u>Downes v. Bidwell</u>, 182 U.S. 244

11  (1901), as follows:

12        To put to rest all doubts concerning the applicability of the
13        constitution to the District, congress in 1871 specifically
14        extended it thereto [citing <u>Downes v. Bidwell</u>;  16 Stat. 419,
15        <u>426</u>; <u>Curry v. D.C.</u>, 14 App. (D.C.) 423].
16
17                           [18 <u>C.J.</u> 1358, Sec. 11;  notes 93, 93[a]]
18

19                            **VERIFICATION**

20  I, Paul Andrew Mitchell, *Sui Juris*, hereby verify, under penalty of

21  perjury, under the laws of the **United States of America**, without the

22  "**United States**" (Federal government), that the above statement of

23  facts and laws is true and correct, according to the best of My

24  current information, knowledge, and belief, so help me God, pursuant

25  to 28 U.S.C. 1746(1).  See Supremacy Clause (*Constitution*, *Laws* and

26  *Treaties* are all the supreme Law of the Land).

27
28  Dated:    March 29, 2010 *A.D.*
29
30
31  Signed:   *[signature: Paul Mitchell]*
32  _____
33  Printed:  Paul Andrew Mitchell, Private Attorney General, 18 USC 1964
34           **All Rights Reserved without Prejudice** (cf. UCC 1-308)
35

```
 1                         PROOF OF SERVICE

 2      I, Paul Andrew Mitchell, Sui Juris, hereby certify, under penalty of

 3      perjury, under the laws of the United States of America, without the

 4      "United States" (Federal government), that I am at least 18 years of

 5      age, a Citizen of ONE OF the United States of America, and that I

 6      personally served the following document(s):

 7              NOTICE OF INTENT TO APPLY FOR LEAVE TO INTERVENE:
 8                         Article I, Sections 2 and 9;
 9                       Qualifications Clauses; Tenth Amendment;
10                   16 Stat. 426;  5 U.S.C. §§ 552, 2906, 3331;
11                               28 U.S.C. § 1654
12
13      by placing one true and correct copy of said document(s) in first

14      class United States Mail, with postage prepaid and properly addressed

15      to the following:

16    ✓ Clerk of the Court   (3x)           Attorney General
17      Attn: Hon. Clyde Roger Vinson       State of Florida
18      United States District Court        The Capitol PL-01
19      17 S. De Villiers Street            Tallahassee 32399-1050
20      Pensacola 32502-5511                FLORIDA, USA
21      FLORIDA, USA
22
23      Attorney General                    Attorney General
24      State of Alabama                    State of Colorado
25      500 Dexter Avenue                   1525 Sherman St. 7th Fl.
26      Montgomery 36130                    Denver 80203
27      ALABAMA, USA                        COLORADO, USA
28
29      Attorney General                    Attorney General
30      State of Idaho                      State of Louisiana
31      700 W. State Street                 P.O. Box 94005
32      Boise 83720-0010                    Baton Rouge 70804
33      IDAHO, USA                          LOUISIANA, USA
34
35      Attorney General                    Attorney General
36      State of Michigan                   State of Nebraska
37      P.O. Box 30212                      2115 State Capitol
38      Lansing 48909                       Lincoln 68509
39      MICHIGAN, USA                       NEBRASKA, USA
40
41      Attorney General                    Attorney General
42      Commonwealth of Pennsylvania        State of South Carolina
43      Strawberry Square 16th Fl.          P.O. Box 11549
44      Harrisburg 17120                    Columbia 29211
45      PENNSYLVANIA, USA                   SOUTH CAROLINA, USA
46
```

```
 1      Attorney General                  Attorney General
 2      State of South Dakota             State of Texas
 3      1302 E. Highway 14, Ste. 1        P.O. Box 12548
 4      Pierre 57501-8501                 Austin 78711-2548
 5      SOUTH DAKOTA, USA                 TEXAS, USA
 6
 7      Attorney General                  Attorney General
 8      State of Utah                     State of Washington
 9      350 N. State St. #230             P.O. Box 40100
10      Salt Lake City 84114-2320         Olympia 98504-0100
11      UTAH, USA                         WASHINGTON STATE, USA
12
13
14      Courtesy Copy:
15
16      David B. Rivkin, Jr.
17      Lee A. Casey
18      1050 Connecticut Avenue, N.W.
19      Suite 1100
20      Washington 20036
21      DISTRICT OF COLUMBIA, USA
22
23
24      Dated:   March 29, 2010 A.D.
25
26
27      Signed:  /s/ Paul Mitchell
28
29      Printed: Paul Andrew Mitchell, Private Attorney General, 18 USC 1964
30               All Rights Reserved without Prejudice (cf. UCC 1-308)
```

**FREEDOM OF INFORMATION ACT REQUEST**

March 29, 2010

Disclosure Officer
Disclosure Services
U.S. Department of the Treasury
Washington 20220
DISTRICT OF COLUMBIA, USA

COPY

Subject:  Freedom of Information Act ("FOIA") Request

Dear Disclosure Officer:

This is a request under the Freedom of Information Act.  I request that a **true and correct copy of the following document** be provided to Me, without delay:

    1.    **OPM Standard Form 61 APPOINTMENT AFFIDAVITS executed by Timothy F. Geithner upon occupying the office of Secretary of the United States Department of the Treasury.  See 5 U.S.C. §§ 2906, 3331, and Paperwork Reduction Act.**

I request a waiver of all fees for this request.

Disclosure of the requested information to Me is in the public interest, because it is likely to contribute *significantly* to public understanding of the operations and activities of the federal government, and is not *primarily* in My commercial interest.  See also 5 U.S.C. 552(a)(4)(B) [such statutes must be <u>strictly</u> construed].

If you are not the correct person to whom this FOIA request should be directed, please forward it without delay to the correct person(s).

Thank you for your consideration of this FOIA request.

Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964(a)
http://www.supremelaw.org/decs/agency/private.attorney.general.htm
Criminal Investigator and Federal Witness: 18 U.S.C. 1510, 1512-13

**All Rights Reserved without Prejudice**

U.S. Mail:
   **Paul A. Mitchell, B.A., M.S.**
   **c/o Lake Union Mail**
   **117 East Louisa Street**
   **Seattle 98102-3203**
   **WASHINGTON STATE, USA**

Attachments

[See USPS Publication #221 for addressing instructions.]