**FIRST SUPPLEMENT TO PROOF OF SERVICE**

I, Paul Andrew Mitchell, *Sui Juris*, hereby certify, under penalty of perjury, under the laws of the **United States of America**, without the "**United States**" (Federal government), that I am at least 18 years of age, a Citizen of ONE OF the **United States of America**, and that I personally served the following document(s):

**NOTICE OF INTENT TO APPLY FOR LEAVE TO INTERVENE:**
Article I, Sections 2 and 9;
Qualifications Clauses;  Tenth Amendment;
16 Stat. 426;  5 U.S.C. §§ 552, 2906, 3331;
28 U.S.C. § 1654

by placing one true and correct copy of said document(s) in first class United States Mail, with postage prepaid and properly addressed to the following:

| | |
|---|---|
| Attorney General | Attorney General |
| **Commonwealth of Virginia** | **State of Kansas** |
| 900 East Main Street | 120 S.W. Tenth Street |
| Richmond 23219 | Topeka 66612 |
| VIRGINIA, USA | KANSAS, USA |

Dated:   March 29, 2010 *A.D.*

Signed: *Paul Mitchell*

Printed: Paul Andrew Mitchell, Private Attorney General, 18 USC 1964
**All Rights Reserved without Prejudice** (cf. UCC 1-308)

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

10 APR -1 PM 4:27

KC

RECEIVED

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

10 APR -5 PM 3:34

FILED