# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA, et al

    vs                                          Case No.  3:10cv91/RV/EMT

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al

_____

**ORDER**

TO:    Steve Schonberg

Your document, **MOTION OF PROPOSED INTERVENOR STEVE SCHONBERG FOR ADMISSION TO THE COURT'S CM/ECF SYSTEM (received 3/30/10)**, was referred to the undersigned with the following deficiencies:

(a)    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

(b)    Access to the CM/ECF System requires a PACER account with proper registration and fee payment.  Only admitted attorneys can file electronically.

For these reasons, IT IS ORDERED that:

The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document. The document is DENIED without prejudice, with leave given to refile after correction.

(2)    The submitted hard copy of the document shall be returned to you by the Clerk.

DONE and ORDERED this 5th day of April, 2010.

                                                  /s *Roger Vinson*
                                                  ROGER VINSON
                                                  SENIOR UNITED STATES DISTRICT JUDGE