IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES, et al )<br>)<br>Defendants ) | Case No. 3:10-cv-91-RV-EMT |

**MOTION OF PROPOSED INTERVENOR STEVE SCHONBERG
FOR ADMISSION TO THE COURT'S CM/ECF SYSTEM**

Proposed Intervenor is filing his Motion to Intervene contemporaneously with this Motion for Admission to the Court's CM/ECF System. Proposed Intervenor has been on the CM/ECF system in the U.S District Court for the Middle District of Florida for several months in the matter of Schonberg et al v. Sanders et al, , Case No. 5:09-cv-534-Oc-32-JRK. There have been no problems. He requests that he be permitted to file and receive electronic pleadings in this case as well.

RESPECTFULLY SUBMITTED,

[signature]

Proposed Intervenor Steve Schonberg, pro se
7938 SE 12th
Ocala, FL. 34480
352-789-0610
Email: sschonberg@aol.com