**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Pensacola Division**

| | |
|---|---|
| STATE OF FLORIDA, by and through BILL McCOLLUM, ATTORNEY GENERAL OF THE STATE OF FLORIDA; | 3:10-cv-91 |
| STATE OF SOUTH CAROLINA, by and through HENRY McMASTER, ATTORNEY GENERAL OF THE STATE OF SOUTH CAROLINA; | **NOTICE OF APPEARANCE** |
| STATE OF NEBRASKA, by and through JON BRUNING, ATTORNEY GENERAL OF THE STATE OF NEBRASKA; | |
| STATE OF TEXAS, by and through GREG ABBOTT, ATTORNEY GENERAL OF THE STATE OF TEXAS; | |
| STATE OF UTAH, by and through MARK L. SHURTLEFF, ATTORNEY GENERAL OF THE STATE OF UTAH; | |
| STATE OF LOUISIANA, by and through JAMES D. "BUDDY" CALDWELL, ATTORNEY GENERAL OF THE STATE OF LOUISIANA; | |
| STATE OF ALABAMA, by and through TROY KING, ATTORNEY GENERAL OF THE STATE OF ALABAMA; | |
| STATE OF MICHIGAN, by and through MICHAEL A. COX, ATTORNEY GENERAL OF THE STATE OF MICHIGAN; | |
| STATE OF COLORADO, by and through JOHN W. SUTHERS, ATTORNEY GENERAL OF THE STATE OF COLORADO; | |

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, by and through THOMAS W. CORBETT, Jr., ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA;** | ) ) ) ) ) ) ) |
| | ) |
| **STATE OF WASHINGTON, by and through ROBERT M. McKENNA, ATTORNEY GENERAL OF THE STATE OF WASHINGTON;** | ) ) ) ) |
| | ) |
| **STATE OF IDAHO, by and through LAWRENCE G. WASDEN, ATTORNEY GENERAL OF THE STATE OF IDAHO; and** | ) ) ) ) |
| | ) |
| **STATE OF SOUTH DAKOTA, by and through MARTY J. JACKLEY, ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA;** | ) ) ) ) |
| | ) |
|     **Plaintiffs,** | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; KATHLEEN SEBELIUS, in her official capacity as the Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF THE TREASURY; TIMOTHY F. GEITHNER, in his official capacity as the Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF LABOR; and HILDA L. SOLIS, in her official capacity as Secretary of the United States Department of Labor,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

COMES NOW Katherine J. Spohn, and enters her appearance on behalf of the Plaintiffs, State of Nebraska by and through Jon Bruning, Attorney General of the State of Nebraska, and requests that copies of all notices and pleadings given or filed in this case be given and served at the following address:

>Katherine J. Spohn
>Office of the Attorney General
>2115 State Capitol Building
>Lincoln, Nebraska 68508
>Telephone: (402) 471-2834
>Facsimile:  (402) 471-1929
>katie.spohn@nebraska.gov

Dated this 14th day of April, 2010.

**STATE OF NEBRASKA, by and through JON BRUNING, ATTORNEY GENERAL OF THE STATE OF NEBRASKA.
Plaintiff.**

BY:   JON BRUNING, #20351
      Attorney General

BY:   *s/Katherine J. Spohn*
      Katherine J. Spohn, #22979
      Assistant Attorneys General
      2115 State Capitol
      Lincoln, NE  68508
      (402) 471-2682
      katie.spohn@nebraska.gov

      *Attorney for Plaintiffs*.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above and forgoing Notice of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Plaintiffs' and Defendants' attorneys of record on this 14th day of April, 2010.

*s/Katherine J. Spohn*____
Katherine J. Spohn
Assistant Attorney General
