DR. ORLY TAITZ, ESQ
IN PRO SE
CSB #223433
29839 S. Margarita Pkwy.
Rancho Santa Margarita CA 92688
ph. 949-683-5411
fax 949-586-2082

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

Pensacola Division

| | |
|---|---|
| STATE OF FLORIDA et al, | Case No. 3:10-cv-91 |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; | Notice & Motion for Reconsideration or Request for Certification |
| KATHLEEN SEBELIUS, in her official capacity as the Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF THE TREASURY; TIMOTHY F. GEITHNER, in his official capacity as the Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF LABOR; and HILDA L. SOLIS, in her official capacity as Secretary of the United States Department of Labor, Defendants, | For Interlocutory Appeal APRIL 14, 2010, 9:00AM

Oral Argument Requested |
| AND | |
| DR. ORLY TAITZ, ESQ. Movant. | |

**NOTICE & MOTION**

Motion for reconsideration or request for certification of the interlocutory appeal 1

Filed 0414'10 UsDcFln 3AM1019

COMES NOW, DR. ORLY TAITZ, ESQ IN PRO SE (hereinafter referred to as "DR. TAITZ"), and pursuant to Rule 24 of the Federal Rules of Civil Procedure, hereby files this Motion to Intervene, as a Plaintiff of Right or in the alternative with the Court's permission said motion to be heard on April 14, 2010 at 9AM or as soon thereafter as practicable with oral argument requested and as grounds therefore, movant states as follows:

**Background of the case**

This case is being followed by millions of American citizens all over the country, as 80-85% of the citizens according to America on Line and Pew polls are aware of the issue of Mr. Obama's illegitimacy to US Presidency. Taitz has given over 800 media interviews in regards to this and similar litigation, and some 36,000 media outlets all over the world follow this case. April the 10th article by World News Daily editor Bob Unruh has provided excerpts of articles from The Nigerian Observer, AP-Sunday Standard of Kenya and others quote Mr. Obama as Kenyan born. Same article quotes Michelle Obama and NPR calling Kenya "Barack Obama's homeland".

**Legal argument**

While Your Honor issued an order on April 8, 2010, acknowledging Taitz legitimate interest in the current action, your Honor denied motion for intervention citing need for **expediency** in handling of this case. While the intervener Taitz whole heartedly agrees with your Honors logic in need for expediency, Taitz argues that intervention will not prolong the discovery and adjudication of this case, but rather will significantly shorten this litigation, as well as eliminate the need for future litigations on upcoming Cap and Trade Bill, Immigration reform bill or any other bill to be signed by Mr. Obama. If Mr.

Motion for reconsideration or request for certification of the interlocutory appeal 2

Obama became a US president by virtue of fraud and concealment of all of his vital records, Health Care bill signed by him is null and void and this matter can be resolved in one day, by subpoena of Mr. Obama's live birth file from the Kapiolani Hospital, where Mr. Obama recently decided he was born, subpoena of his social security application, as well as his original birth certificate from Hawaii, which should show the name of the Hospital, name of the attending physician and signatures of three persons in attendance. Exhibits, submitted with the original motion, have not been scanned and docketed, and therefore the intervener is not sure whether Your Honor has seen them. Those exhibits show that not only Mr. Obama did not qualify for US presidency due to his multiple citizenships, allegiance to three other nations and lack of any documents acceptable by any court of law to prove his birth in Hawaii, those exhibits show affidavits from a recently retired Homeland Security deportation officer, private investigator, licensed with the department of Homeland security and yet another licensed investigator, formerly elite Scotland Yard officer, working in organized crime and communist proliferation units. (Exhibits 1-4) All three investigators as well as Selective service records show that Mr. Obama does not even have a valid US social security number. SSN 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 used by Mr. Obama most of his life was issued in the state of Connecticut to another individual. Similarly, most reliable and widely used databases LexisNexis and ChoicePoint show him using multiple Social Security numbers of deceased individuals, as well as numbers that were never assigned.

New information came on April 10, 2009. A World Net Daily magazine article shows a compilation of articles from different news papers from Africa, quoting Obama as

Motion for reconsideration or request for certification of the interlocutory appeal 3

"Kenyan born", as well as interviews on NPR and 2009 speech by Michelle Obama, naming Kenya, as Obama's homeland.

Millions of Americans are following this legal action and wondering, why wouldn't your Honor take one day to subpoena production of Mr. Obama's vital records and resolve this and any further litigation regarding Mr. Obama's legitimacy to sign bills or treaties. If you are concerned with expediency of litigation, why wouldn't you spend one day on verification of the records of the party, who signed the bill, rather then spend months and possibly years reviewing legitimacy of some 2,600 pages of the bill under the Commerce clause.

Taitz agrees that Your Honor has discretion on permissible intervention, however such discretion cannot not be capricious, cannot not show bias, should show that all citizens are treated equally under the law, it should show that the judiciary is not influenced by the executive branch and the judiciary should not become an accomplice in aiding and abetting top governmental executive in commission of a crime.

Each and every American citizen knows, that if he were to use Social Security numbers of other individuals or numbers never assigned, not only this very court would remove him from office, not only Your Honor will deem null and void each and every document signed by a person occupying a position by fraud, but Your Honor will also sentence any other US citizen to a lengthy prison term for commission of a felony. American citizens need to know that nobody is above the law .

Another new fact, influencing consideration of the motion in question, is a recent act of refusal to deploy by a top US army officer Lt Col Terrence Lakin, who stated that he will

subject himself to Court martial, rather then serve under the Commander in Chief, who did not prove his legitimacy.

Not allowing the plaintiff to intervene and not reviewing the issue of legitimacy of the President who has signed this bill, will ultimately lead to further revolting of US military officers and undermining of US military. Members of US military and American citizens at large have a heightened expectation of action and fairness in this matter by Your Honor, in light of the fact that Your Honor serves as a judge on the Federal Intelligence Surveillance Court, as well as the fact that all of the information provided to the court, was provided to the Attorney General Eric Holder, Mr. Obama's appointee, however no response was received from Mr. Holder in the period of over a year.

Additionally, while Taitz agrees with your Honor, in that the states are well represented in this case, none of highly esteemed attorneys has any background in medicine or medical care. While a whole class of Medical providers will be negatively affected by the institution of Universal Healthcare, none of the current plaintiffs has either knowledge or standing to represent this class of plaintiffs. While the Commerce clause appear to be a common thread in both classes of plaintiffs, Violation of the 9th amendment, as well as interference in the existing contracts will be unique to the medical providers and those rights will not be protected by the original parties. Taitz is uniquely positioned in being a licensed doctor of Dental Surgery, having B. Med Sc, previously serving on the board of one of the Health Maintenance organizations, practicing for over twenty years and having first hand knowledge of socialist healthcare, as someone who was born and raised in a Socialist country.

Wherefore

Motion for reconsideration or request for certification of the interlocutory appeal 5

In light of all the additional information provided, Taitz requests reconsideration and granting of the Intervener status or Certification of the interlocutory Appeal.

/s/ Orly Taitz

Dr. Orly Taitz ESq

29830 Santa Margarita Pkwy, ste 100

Rancho Santa Margarita, CA 92688

## Certificate of Service

Undersigned certifies under penalty of perjury and under the laws of the United States of America that a true and correct copy of the above was served on April 12, 2010 on

David B Rifkin

1050 Connecticut Ave NW ste 1100

Washington DC 20036

Ph202-861-1731

Fax 202-861-1783

/s/ Orly Taitz

29839 Santa Margarita pkwy, ste 100

Rancho Santa Margarita CA 92688

Motion for reconsideration or request for certification of the interlocutory appeal 6