# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA, et al

    VS                                                                        CASE NO.   3:10cv91/RV/EMT

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, INC., et al

**REFERRAL AND ORDER**

Referred to Judge Vinson on     APRIL 14, 2010
Type of Motion/Pleading <u>PRO SE MOTION OF PROPOSED INTERVENOR STEVE SCHONBERG FOR ADMISSION TO THE COURT'S CM/ECF SYSTEM</u>
Filed by: <u>STEVE SCHONBERG</u>   on   <u>4/12/10</u>   Doc. No. <u>28</u>
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                        on            Doc. No.
                                        on            Doc. No.
                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        <u>s/Civil Case Manager</u>
                                        Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this <u>15th</u> day of <u>April</u>, 2010, that:

(a)   The requested relief is DENIED.

(b)   <u>Access to the CM/ECF System requires a PACER account with proper registration and fee payment.  Only admitted attorneys can file electronically.</u>

                                                        /s/  *Roger Vinson*
                                                        ROGER VINSON
                                                        SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket:                 By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

                                                       Document No.