IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STATE OF FLORIDA, by and through BILL McCOLLUM, *et al.*, | ) ) ) |
| v. | ) Civil Action No. 3:10-cv-00091-RV-EMT ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et. al.*, | ) ) ) ) ) |

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Brian G. Kennnedy as counsel in this case for defendants United States Department of Health and Human Services, Kathleen Sebelius, United States Department of the Treasury, Timothy F. Geithner, United States Department of Labor, and Hilda L. Solis.

/s/ *Brian G. Kennedy*
Brian G. Kennedy (DC Bar 228726)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C.  20530
Telephone:  (202) 514-3357
Fax:  (202) 616-8470
Email: brian.kennedy@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Appearance is being served on all counsel of record as of this 20th day of April, 2010, through the Court's Notice of Electronic Filing system.

                                                   /s/ *Brian G. Kennedy*
                                                 Brian G. Kennedy (DC Bar 228726)
                                                 United States Department of Justice
                                                 Civil Division, Federal Programs Branch