IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| STATE OF FLORIDA, by and through BILL McCOLLUM, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civil Action No. 3:10-cv-00091-RV-EMT |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | | |
| Defendants. | | |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of Eric B. Beckenhauer, U.S. Department of Justice, Civil Division, Federal Programs Branch, as counsel of record for Defendants in this case.

Dated: April 20, 2010

Respectfully submitted,

 /s/ *Eric Beckenhauer*
ERIC B. BECKENHAUER
Cal. Bar No. 237526
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

Counsel for Defendants