IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Pensacola Division

| | |
|---|---|
| STATE OF FLORIDA, by and through Bill McCollum, et al., ) Plaintiffs, ) Vs. ) ) UNITED STATES DEPARTMENT OF ) HEALTH AND HUMAN SERVICES, et al., ) | CASE No. 3: 10-cv-91  Hon. R. Vinson |

**NOTICE OF CORRECTION OF ERRATA**

Comes now PRIVATE ATTORNEY GENERAL for the PEOPLE OF THE STATE OF OKLAHOMA, ex rel., Stephen P. Wallace, who inadvertently omitted the Certificate of Service upon the Interested Parties which has now been corrected herein with FAX DELIVERY CONFIRMATIONS attached hereto:

Office of Florida Attorney General, c/o Blaine H. Winship; Tallahassee, Fl.

Office of U.S. Department of Justice; Washington, D.C.

Enclosures

*[signature]*
Private Attorney General
Stephen P. Wallace
6412 E. 96th Street
Tulsa, Ok. 74137
(918) 694-1870

Certificate of Service

I certify that on April 17, 2010 I mailed a copy to: Blaine Winship, The Capitol, Suite PL-01 Tallahassee, Florida 32399

US DOJ Washington, DC

*[signature] Stephen P. Wallace*