IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA, by and
through Bill McCollum, et al.,

    Plaintiffs,

    v.                                       Case No.: 3:10-cv-91-RV/EMT

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
et al.,

    Defendants.
_____/

**ORDER**

    Pro se non-party Steve Schonberg has filed a document titled "Motion of Proposed Intervenor Steve Schonberg for Partial Admission to the Court's CM/ECF System" (doc. 38). It is unclear exactly what relief he is seeking. To the extent he is asking that he be directly notified by email of "all filed documents" in this case, the request must be denied as he is not a party to these proceedings. However, he is free, of course, to access the docket and review all the documents himself. As explained in my order dated April 15, 2010, access to the docket (via the CM/ECF system) requires a PACER account with proper registration and fee payment.

    The motion for partial admission to the CM/ECF system (doc. 38) must be, and is, DENIED.

    DONE and ORDERED this 30th day of April, 2010.

                                          /s/ *Roger Vinson*
                                          ROGER VINSON
                                          Senior United States District Judge