## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

**Pensacola Division**

| | | |
|---|---|---|
| **STATE OF FLORIDA, by and through BILL McCOLLUM, ATTORNEY GENERAL OF THE STATE OF FLORIDA;** | ) ) ) ) | **3:10-cv-91** |
| **STATE OF SOUTH CAROLINA, by and through HENRY McMASTER, ATTORNEY GENERAL OF THE STATE OF SOUTH CAROLINA;** | ) ) ) ) ) | **NOTICE OF APPEARANCE** |
| **STATE OF NEBRASKA, by and through JON BRUNING, ATTORNEY GENERAL OF THE STATE OF NEBRASKA;** | ) ) ) ) | |
| **STATE OF TEXAS, by and through GREG ABBOTT, ATTORNEY GENERAL OF THE STATE OF TEXAS;** | ) ) ) ) | |
| **STATE OF UTAH, by and through MARK L. SHURTLEFF, ATTORNEY GENERAL OF THE STATE OF UTAH;** | ) ) ) ) | |
| **STATE OF LOUISIANA, by and through JAMES D. "BUDDY" CALDWELL, ATTORNEY GENERAL OF THE STATE OF LOUISIANA;** | ) ) ) ) ) | |
| **STATE OF ALABAMA, by and through TROY KING, ATTORNEY GENERAL OF THE STATE OF ALABAMA;** | ) ) ) ) | |
| **STATE OF MICHIGAN, by and through MICHAEL A. COX, ATTORNEY GENERAL OF THE STATE OF MICHIGAN;** | ) ) ) ) | |
| **STATE OF COLORADO, by and through JOHN W. SUTHERS, ATTORNEY GENERAL OF THE STATE OF COLORADO;** | ) ) ) ) ) | |
| **COMMONWEALTH OF PENNSYLVANIA, by and through THOMAS W. CORBETT, Jr., ATTORNEY GENERAL OF THE** | ) ) ) | |

**COMMONWEALTH OF PENNSYLVANIA;** )
 )
**STATE OF WASHINGTON, by and through** )
**ROBERT M. McKENNA, ATTORNEY** )
**GENERAL OF THE STATE OF** )
**WASHINGTON;** )
 )
**STATE OF IDAHO, by and through** )
**LAWRENCE G. WASDEN, ATTORNEY** )
**GENERAL OF THE STATE OF IDAHO;** )
 )
**and** )
 )
**STATE OF SOUTH DAKOTA, by and through** )
**MARTY J. JACKLEY, ATTORNEY** )
**GENERAL OF THE STATE OF SOUTH** )
**DAKOTA;** )
 )
  **Plaintiffs,** )
 )
**v.** )
 )
**UNITED STATES DEPARTMENT OF** )
**HEALTH AND HUMAN SERVICES;** )
 )
**KATHLEEN SEBELIUS, in her official** )
**capacity as the Secretary of the United** )
**States Department of Health and Human** )
**Services;** )
 )
**UNITED STATES DEPARTMENT OF THE** )
**TREASURY;** )
 )
**TIMOTHY F. GEITHNER, in his official** )
**capacity as the Secretary of the United States** )
**Department of the Treasury;** )
 )
**UNITED STATES DEPARTMENT OF** )
**LABOR;** )
 )
**and** )
 )
**HILDA L. SOLIS, in her official capacity as** )
**Secretary of the United States Department of** )
**Labor,** )
 )
  **Defendants.** )

## <u>NOTICE OF APPEARANCE</u>

By this Notice of Appearance, William J. Cobb III hereby enters his appearance on behalf of Plaintiff, the State of Texas, by and through Greg Abbott, Attorney General of the State of Texas, and requests that copies of all notices and pleadings given or filed in this case be given and served at the address below.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas


_s/ William J. Cobb III_____
WILLIAM J. COBB III
Special Assistant and Senior Counsel
  to the Attorney General
Texas State Bar No.: 00796372

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-0131
(512) 936-0545 (Facsimile)
bill.cobb@oag.state.tx.us

ATTORNEYS FOR THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and forgoing Notice of Appearance was electronically filed with the Clerk of the Court using CM/ECF system which sent notification of such filing to the Plaintiffs' and Defendants' attorneys of record on this 11th day of May, 2010.

_s/ William J. Cobb III_
William J. Cobb III
Special Assistant and Senior Counsel
   to the Attorney General
