IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STATE OF FLORIDA, by and through BILL McCOLLUM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:10-cv-00091-RV-EMT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

For the reasons stated in Defendants' Motion for Extension of Time to Respond to Amended Complaint, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the briefing schedule set forth in the Final Scheduling Order entered on April 14, 2010 [Doc. No. 26], is amended as follows:

| | |
|---|---|
| July 16, 2010 | Defendants' motion to dismiss due |
| Sept. 7, 2010 | Plaintiffs' opposition to Defendants' motion to dismiss due |
| Sept. 28, 2010 | Defendants' reply due |
| Oct. 14, 2010 | Oral argument on Defendants' motion to dismiss |

**SO ORDERED**.

Dated: _____

_____
ROGER VINSON
Senior United States District Judge