FLN (Rev. 4/2004) Deficiency Order                                                                                            Page 1 of 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

STATE OF FLORIDA, et al

    vs                                                                       Case No.  3:10cv91/RV/EMT

U. S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al

_____

### ORDER

Your document, **EXPARTE UNINSURED TAXPAYER SALAMONE CHANGE OF ADDRESS (received 5/21/2010)**, was referred to the undersigned with the following deficiencies:

    Gary P. Salamone is not a party to this suit.

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that:

    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing.

DONE and ORDERED this 28th day of May, 2010.

                                              /s *Roger Vinson*
                                            ROGER VINSON
                                            SENIOR UNITED STATES DISTRICT JUDGE