**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| STATE OF FLORIDA, by and through BILL McCOLLUM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 3:10-cv-91-RV/EMT |

**[PROPOSED] ORDER**

For the reasons stated in Defendants' Unopposed Motion for Leave to Exceed Page Limits, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants' memorandum in support of their motion to dismiss, and Plaintiffs' opposition to Defendants' motion to dismiss, shall be no more than 75 pages in length.

**SO ORDERED**.

Dated: _____                                  _____
                                                         ROGER VINSON
                                                         Senior United States District Judge