# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA, e tal

    VS                                                               CASE NO. 3:10cv91/RV/EMT

U. S. DEPARTMENT OF HEALTH &
HUMAN SERVICES, et al

**REFERRAL AND ORDER**

Referred to Judge Vinson on    JUNE 15, 2010

Type of Motion/Pleading MOTION TO INTERVENE BY RIGHT

Filed by:   GARY P. SALAMONE   on   6/14/10   Doc. No.   52

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                                           on             Doc. No.

                                                           on             Doc. No.

                                                  WILLIAM M. McCOOL, CLERK OF COURT

                                                  s/Civil Case Manager

                                                 Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   15th   day of   June  , 2010, that:

    For the reasons stated in prior orders, the requested relief is DENIED (see docs. 18, 37).

                                                  /s/ *Roger Vinson*
                                                  ROGER VINSON
                                                  SENIOR UNITED STATES DISTRICT JUDGE