FLN (Rev. 4/2004) Deficiency Order                                                                                              Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA, et al

    vs                                                                Case No.  3:10cv91/RV/EMT

U. S. DEPARTMENT OF HEALTH
& HUMAN SERVICES, et al

## ORDER

Your document, **NOTICE AND DEMAND FOR PRODUCTION OF DOCUMENTS (received 6/3/2010)**, was referred to the undersigned with the following deficiencies:

    Paul Andrew Mitchell is not a party to this suit.

    Your document is not property captioned for this court. Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading. [Local Rule 5.1(B)(1)(2)].

    Your document is an improper filing.

For these reasons, IT IS ORDERED that:

    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing.

DONE and ORDERED this 15th day of June, 2010.


                                                  /s *Roger Vinson*
                                                ROGER VINSON
                                                SENIOR UNITED STATES DISTRICT JUDGE