**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| STATE OF FLORIDA, by and through BILL McCOLLUM, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:10-cv-91-RV/EMT ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' MOTION TO DISMISS**

Defendants, by their undersigned attorneys, hereby move, pursuant to Rules 12(b)(1) and 12(b)(6), Federal Rules of Civil Procedure, to dismiss this action. The grounds for this motion are that the Court lacks subject-matter jurisdiction over the claims asserted in Counts One, Two, Three, and Six of the Amended Complaint; and that, with respect to all counts, the Amended Complaint fails to state a claim upon which relief can be granted.

In support of this motion, the Court is respectfully referred to the Memorandum of Points and Authorities filed herewith.

Dated: June 16, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

IAN HEATH GERSHENGORN
Deputy Assistant Attorney General

THOMAS F. KIRWIN
United States Attorney

SHEILA LIEBER
Deputy Director

 /s/ *Eric Beckenhauer*
BRIAN G. KENNEDY, D.C. Bar No. 228726
Senior Trial Counsel
ERIC B. BECKENHAUER, Cal. Bar No. 237526
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2010, the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Plaintiffs' counsel of record.

 /s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER