**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| STATE OF FLORIDA, by and through BILL McCOLLUM, *et al.*, </br></br>Plaintiffs,</br></br>v.</br></br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,</br></br>Defendants. | Case No. 3:10-cv-91-RV/EMT |

## ERRATA

Defendants, by and through undersigned counsel, hereby respectfully submit this Errata and state as follows:

1. On June 16, 2010, Defendants filed their motion to dismiss, together with a memorandum in support of that motion. *See* Doc. No. 55.

2. Technical difficulties required Defendants to file a scanned PDF of their memorandum in support, which had poor resolution.

3. Attached hereto is a PDF of the memorandum in support with improved resolution. The contents of the memorandum are unchanged.

Dated: June 17, 2010                     Respectfully submitted,

                                        TONY WEST
                                        Assistant Attorney General

IAN HEATH GERSHENGORN
Deputy Assistant Attorney General

THOMAS F. KIRWIN
United States Attorney

SHEILA LIEBER
Deputy Director

 /s/ *Eric Beckenhauer*
BRIAN G. KENNEDY, D.C. Bar No. 228726
Senior Trial Counsel
ERIC B. BECKENHAUER, Cal. Bar No. 237526
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2010, the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Plaintiffs' counsel of record.

    /s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER