# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA, et al

     VS                                CASE NO.  3:10cv91/RV/EMT

U. S. DEPTMENT OF HEALTH
AND HUMAN SERVICES, et al

## REFERRAL AND ORDER

Referred to Judge Vinson on <u>    JUNE 29, 2010    </u>
Type of Motion/Pleading <u>PRO SE MOTION BY ROBERT P. SMITH, JR. TO</u>
<u>RECONSIDER THE COURT'S DENIAL (DOC. 37) OF SMITH'S FRCP 24(a) MOTION</u>
<u>(DOCS. 23 & 30) TO INTERVENE AS PARTY DEFENDANT; AND ALTERNATIVELY,</u>
<u>SMITH'S RENEWED FRCP R. 24(a) MOTION TO INTERVENE (w/supporting Memo)</u>
Filed by: <u> ROBERT P. SMITH, JR. </u> on <u> 6/29/10 </u> Doc. No. <u>    63    </u>
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:

<u>                      </u> on <u>        </u> Doc. No. <u>        </u>
<u>                      </u> on <u>        </u> Doc. No. <u>        </u>
                    WILLIAM M. McCOOL, CLERK OF COURT

                    <u>    s/Civil Case Manager    </u>
                    Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 1st day of July, 2010, that:

      For the reasons stated in prior orders, the requested relief is DENIED (see docs. 18, 37).

                    <u>/s/ *Roger Vinson*            </u>
                    ROGER VINSON
                    SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: <u>                </u> By: <u>   </u>
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:<u>                      </u>
<u>                                </u>
<u>                                </u>