FLN (Rev. 4/2004) Deficiency Order                                                                                                    Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA, et al

      vs                                                                        Case No.  3:10cv91/RV/EMT

U. S. DEPARTMENT OF HEALTH
& HUMAN SERVICES, et al

## ORDER

Your document, **SUPPLEMENT TO PETITIONER'S AMICUS CURIAE BRIEF (received 8/12/2010)**, was referred to the undersigned with the following deficiencies:

    Ray Elbert Parker is not a party or an authorized intervenor in this litigation.

For these reasons, IT IS ORDERED that:

    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing.

DONE and ORDERED this 16th  day of August, 2010.


                                        /s *Roger Vinson*
                                       ROGER VINSON
                                       SENIOR UNITED STATES DISTRICT JUDGE