**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**Pensacola Division**

**Case No.: 3:10-cv-91-RV/EMT**

**STATE OF FLORIDA, by and through**
**BILL McCOLLUM, ATTORNEY GENERAL**
**OF THE STATE OF FLORIDA;**

**STATE OF SOUTH CAROLINA, by and through**
**HENRY McMASTER, ATTORNEY GENERAL**
**OF THE STATE OF SOUTH CAROLINA;**

**STATE OF NEBRASKA, by and through**
**JON BRUNING, ATTORNEY GENERAL**
**OF THE STATE OF NEBRASKA;**

**STATE OF TEXAS, by and through**
**GREG ABBOTT, ATTORNEY GENERAL**
**OF THE STATE OF TEXAS;**

**STATE OF UTAH, by and through**
**MARK L. SHURTLEFF, ATTORNEY GENERAL**
**OF THE STATE OF UTAH;**

**STATE OF LOUISIANA, by and through**
**JAMES D. "BUDDY" CALDWELL, ATTORNEY**
**GENERAL OF THE STATE OF LOUISIANA;**

**STATE OF ALABAMA, by and through**
**TROY KING, ATTORNEY GENERAL**
**OF THE STATE OF ALABAMA;**

**MICHAEL A. COX, ATTORNEY GENERAL**
**OF THE STATE OF MICHIGAN, ON BEHALF OF**
**THE PEOPLE OF MICHIGAN;**

**STATE OF COLORADO, by and through**
**JOHN W. SUTHERS, ATTORNEY GENERAL**
**OF THE STATE OF COLORADO;**

**COMMONWEALTH OF PENNSYLVANIA, by**
**and through THOMAS W. CORBETT, Jr.,**

**ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA;**

**STATE OF WASHINGTON, by and through ROBERT M. McKENNA, ATTORNEY GENERAL OF THE STATE OF WASHINGTON;**

**STATE OF IDAHO, by and through LAWRENCE G. WASDEN, ATTORNEY GENERAL OF THE STATE OF IDAHO;**

**STATE OF SOUTH DAKOTA, by and through MARTY J. JACKLEY, ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA;**

**STATE OF INDIANA, by and through GREGORY F. ZOELLER, ATTORNEY GENERAL OF THE STATE OF INDIANA;**

**STATE OF NORTH DAKOTA, by and through WAYNE STENEJHEM, ATTORNEY GENERAL OF THE STATE OF NORTH DAKOTA;**

**STATE OF MISSISSIPPI, by and through HALEY BARBOUR, GOVERNOR OF THE STATE OF MISSISSIPPI;**

**STATE OF ARIZONA, by and through JANICE K. BREWER, GOVERNOR OF THE STATE OF ARIZONA;**

**STATE OF NEVADA, by and through JIM GIBBONS, GOVERNOR OF THE STATE OF NEVADA;**

**STATE OF GEORGIA, by and through SONNY PERDUE, GOVERNOR OF THE STATE OF GEORGIA;**

**STATE OF ALASKA, by and through DANIEL S. SULLIVAN, ATTORNEY GENERAL OF THE STATE OF ALASKA;**

**NATIONAL FEDERATION OF INDEPENDENT BUSINESS, a California nonprofit mutual benefit corporation;**

**MARY BROWN, an individual; and**

**KAJ AHLBURG, an individual;**

**Plaintiffs,**

**v.**

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; KATHLEEN SEBELIUS, in her official capacity as the Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF THE TREASURY; TIMOTHY F. GEITHNER, in his official capacity as the Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF LABOR; and HILDA L. SOLIS, in her official capacity as Secretary of the United States Department of Labor,**

**Defendants.**

**______________________________________________/**

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56, Federal Rules of Civil Procedure, Plaintiffs hereby move for summary judgment in their favor on Counts One and Four of the Amended Complaint. As shown in their Memorandum in Support, and as supported by their Statement of Material Facts and Appendix of Exhibits, no genuine issue of material fact exists in this action, and Plaintiffs are entitled to judgment in their favor as a matter of law.

The provisions of the Patient Protection and Affordable Care Act, Pub. L. No. 111-148, 124 Stat. 119 (2010), as amended by Health Care and Education Reconciliation Act of 2010, Pub. L. No. 111-152, 124 Stat. 1029 (2010) ("HCERA"), ("ACA") that impose the Individual Mandate on Americans, requiring that they obtain qualifying

healthcare insurance coverage, are unconstitutional and cannot be severed from the balance of the ACA. In addition, the provisions of the ACA that alter the nature of the Medicaid program and the States' burdens and costs for that program are unconstitutional and cannot be severed from the balance of the ACA.

For these reasons, the ACA should be declared unconstitutional and Defendants should be enjoined from enforcing the ACA, as requested in the Amended Complaint.

Respectfully submitted,

**BILL MCCOLLUM**
**ATTORNEY GENERAL OF FLORIDA**

/s/ Blaine H. Winship
Blaine H. Winship (Fla. Bar No. 0356913)
Special Counsel
Joseph W. Jacquot (Fla. Bar No. 189715)
Deputy Attorney General
Scott D. Makar (Fla. Bar No. 709697)
Solicitor General
Louis F. Hubener (Fla. Bar No. 0140084)
Timothy D. Osterhaus (Fla. Bar No. 0133728)
Deputy Solicitors General
Office of the Attorney General of Florida
The Capitol, Suite PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Email: blaine.winship@myfloridalegal.com
*Attorneys for Plaintiff States*

David B. Rivkin (D.C. Bar No. 394446)
Lee A. Casey (D.C. Bar No. 447443)
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W., Ste. 1100
Washington, DC 20036
Telephone: (202) 861-1731
Facsimile: (202) 861-1783
*Attorneys for Plaintiff States, National*

*Federation of Independent Business, Mary Brown, and Kaj Ahlburg*

Katherine J. Spohn
Special Counsel to the Attorney General
Office of the Attorney General of Nebraska
2115 State Capitol Building
Lincoln, Nebraska 68508
Telephone: (402) 471-2834
Facsimile: (402) 471-1929
Email: katie.spohn@nebraska.gov
*Attorneys for Plaintiff the State of Nebraska*

Karen R. Harned
Executive Director
National Federation of Independent Business
Small Business Legal Center
1201 F Street, N.W., Suite 200
Washington, DC 20004
Telephone: (202) 314-2061
Facsimile: (202) 554-5572
*Of counsel for Plaintiff National Federation of Independent Business*

Bill Cobb
Deputy Attorney General
for Civil Litigation
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-0131
Facsimile: (512) 936-0545
Email: bill.cobb@oag.state.tx.us
*Attorneys for Plaintiff the State of Texas*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of November, 2010, a copy of the foregoing Plaintiffs' Motion for Summary Judgment was served on counsel of record for all Defendants through the Court's Notice of Electronic Filing system.

/s/ Blaine H. Winship
Blaine H. Winship
Special Counsel
Office of the Attorney General of Florida