**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| STATE OF FLORIDA, by and through BILL McCOLLUM, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 3:10-cv-91-RV/EMT |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | |

**ERRATA**

Defendants, by undersigned counsel, hereby respectfully submit this Errata and state as follows:

1. On November 4, 2010, Defendants filed their motion for summary judgment. *See* Doc. No. 82.

2. Technical difficulties with the ECF system — specifically, lengthy delays in uploading documents — prevented undersigned counsel from attaching to that filing the Exhibits intended to accompany it. Those documents, together with a Table of Exhibits, are attached hereto.

Dated: November 5, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

IAN HEATH GERSHENGORN
Deputy Assistant Attorney General

THOMAS F. KIRWIN
United States Attorney

SHEILA LIEBER
Deputy Director

/s/ *Eric Beckenhauer*
BRIAN KENNEDY, D.C. Bar No. 228726
Senior Trial Counsel
ERIC B. BECKENHAUER, Cal. Bar No. 237526
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2010, the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Plaintiffs' counsel of record.

/s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER