**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STATE OF FLORIDA, by and through BILL McCOLLUM, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

Case No. 3:10-cv-91-RV/EMT

**EXHIBITS IN SUPPORT OF**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| Exhibit Number | Exhibit Description |
|---|---|
| 1. | H.R. Rep. No. 111-443, pt. II (2010) (excerpt) |
| 2. | Congressional Budget Office ("CBO"), *Key Issues in Analyzing Major Health Insurance Proposals* (Dec. 2008) (excerpt) |
| 3. | CBO, *The Long-Term Budget Outlook* (June 2009) (excerpt) |
| 4. | Council of Economic Advisers ("CEA"), *The Economic Case for Health Care Reform* (June 2009), submitted into the record for *The Economic Case for Health Reform: Hearing Before the H. Comm. on the Budget*, 111th Cong. (excerpt) |
| 5. | J.P. Ruger, *The Moral Foundations of Health Insurance*, 100 Q.J. Med. 53 (2007) |
| 6. | Baicker & Chandra, *Myths and Misconceptions About U.S. Health Insurance*, 27 Health Affairs w533 (2008) (excerpt) |
| 7. | Jonathan Gruber, *Public Finance and Public Policy* (3d ed. 2009)(excerpt) |
| 8. | O'Neill & O'Neill, *Who Are the Uninsured?: An Analysis of America's Uninsured Population, Their Characteristics, and Their Health* (2009) |

| Exhibit Number | Exhibit Description |
|---|---|
| 9. | Center for Health Statistics, *Health, United States, 2009* (2010) (excerpt) |
| 10. | Bradley Herring, *The Effect of the Availability of Charity Care to the Uninsured on the Demand for Private Health Insurance*, 24 J. Health Econ. 225 (2005) (excerpt) |
| 11. | Mark V. Pauly, *Risks and Benefits in Health Care: The View from Economics*, 26 Health Affairs 653 (2007) |
| 12. | CBO, *How Many People Lack Health Insurance and For How Long?* (May 2003) (excerpt) |
| 13. | *47 Million and Counting: Why the Health Care Marketplace Is Broken: Hearing Before the S. Comm. on Finance*, 110th Cong. (2008) (excerpt) |
| 14. | *Health Reform in the 21st Century: Insurance Market Reforms: Hearing Before the H. Comm. on Ways & Means*, 111th Cong. (2009) (excerpt) |
| 15. | *Consumer Choices & Transparency in the Health Insurance Industry: Hearing Before the S. Comm. on Commerce, Science & Transp.*, 111th Cong. (2009) (excerpt) |
| 16. | Families USA Foundation, *Health Reform: Help for Americans with Pre-Existing Conditions* (2010) |
| 17. | Sara Rosenbaum, *Can States Pick Up the Health Reform Torch?*, 362 New Eng. J. Med. e29 (2010) |
| 18. | CEA, *Economic Report of the President* (Feb. 2010) (excerpt) |
| 19. | S. Rep. No. 111-89 (2009) (excerpt) |
| 20. | Jack Hadley et al., *Covering the Uninsured in 2008: Current Costs, Sources of Payment, & Incremental Costs 2008*, 27 Health Affairs w399 (2008) |
| 21. | CBO, *Nonprofit Hospitals & the Provision of Community Benefits* (2006) (excerpt) |
| 22. | M.E. Martinez & R.A. Cohen, *Health Insurance Coverage: Early Release of Estimates From the National Health Interview Survey, January-June 2009*, National Center for Health Statistics (Dec. 2009) |
| 23. | U.S. Census Bureau, Census Population Survey, *Annual Social and Economic Supplement* (2009) (Table H101, data on coverage status by age) |
| 24. | *State Coverage Initiatives: Hearing Before the Subcomm. on Health of the H. Comm. on Ways and Means*, 110th Cong. (2008) (excerpt) |

| Exhibit Number | Exhibit Description |
|---|---|
| 25. | Alan C. Monheit et al., *Community Rating & Sustainable Individual Health Insurance Markets in New Jersey*, 23 Health Affairs 167 (2004) |
| 26. | Stephen T. Parente & Tarren Bragdon, *Healthier Choice: An Examination of Market-Based Reforms for New York's Uninsured*, Medical Progress Report, No. 10 (Manhattan Institute, Sept. 2009) (excerpt) |
| 27. | Jonathan Gruber, Mass. Inst. of Tech., *The Senate Bill Lowers Non-Group Premiums: Updated for New CBO Estimates* (Nov. 27, 2009) |
| 28. | Letter from Mitt H. Romney, Governor of Massachusetts, to State Legislature (Apr. 12, 2006) |
| 29. | Jonathan Gruber, *Getting the Facts Straight on Health Care Reform*, 316 New Eng. J. Med. 2497 (2009) (excerpt) |
| 30. | M. Moshe Porat et al., *Market Insurance versus Self Insurance: The Tax-Differential Treatment and Its Social Cost*, 58 J. Risk & Ins. 657 (1991) |
| 31. | John Klemm, Ph.D., *Medicaid Spending: A Brief History*, 22 Health Care Fin. Rev. 106 (Fall 2000) |
| 32. | Letter from Douglas Elmendorf, Director, CBO, to the Hon. Nancy Pelosi, Speaker, U.S. House of Representatives (Mar. 20, 2010) (excerpt) |
| 33. | CEA, *The Impact of Health Insurance Reform on State and Local Governments* (Sept. 15, 2009) |
| 34. | Kaiser Commission on Medicaid & the Uninsured, *Medicaid Coverage & Spending in Health Reform* (May 2010) |
| 35. | John Holahan & Stan Dorn, Urban Institute, *What Is the Impact of the [ACA] on the States?* (June 2010) |
| 36. | J. Angeles, Center on Budget and Policy Priorities, *Some Recent Reports Overstate the Effect on State Budgets of the Medicaid Expansions in the Health Reform Law* (Oct. 21, 2010) |
| 37. | Kaiser Family Foundation, *Health Reform Issues: Key Issues About State Financing and Medicaid* (May 2010) |
| 38. | Bowen Garrett et al., Urban Institute, *The Cost of Failure to Enact Health Reform: Implications for States* (Sept. 30, 2009) (excerpt) |
| 39. | Kaiser Family Foundation, *Federal & State Share of Medicaid Spending*, FY2008 |

| Exhibit Number | Exhibit Description |
|---|---|
| 40. | National Association of State Budget Officers, *Fiscal Year 2008 State Expenditure Report* (Fall 2009) (excerpt) |
| 41. | Center on Budget & Policy Priorities, *Policy Basics: Where Do Our State Tax Dollars Go?* (Mar. 19, 2010) |
| 42. | Federation of Tax Administrators, *2009 State Tax Collection by Source* |
| 43. | Federation of Tax Administrators, *2009 State Tax Revenue* |