# Exhibit 9

# Health, United States, 2009

## With Special Feature on Medical Technology

Click here to go to Table of Contents



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Centers for Disease Control and Prevention
National Center for Health Statistics

**Table 80 (page 1 of 3). Health care visits to doctor offices, emergency departments, and home visits within the past 12 months, by selected characteristics: United States, 1997, 2006, and 2007**

[Data are based on household interviews of a sample of the civilian noninstitutionalized population]

| | *Number of health care visits*[1] | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *None* | | | *1–3 visits* | | | *4–9 visits* | | | *10 or more visits* | | |
| *Characteristic* | *1997* | *2006* | *2007* | *1997* | *2006* | *2007* | *1997* | *2006* | *2007* | *1997* | *2006* | *2007* |
| | Percent distribution | | | | | | | | | | | |
| Total, age-adjusted[2,3] | 16.5 | 17.2 | 16.4 | 46.2 | 46.9 | 47.2 | 23.6 | 23.1 | 23.6 | 13.7 | 12.8 | 12.8 |
| Total, crude[2] | 16.5 | 17.2 | 16.3 | 46.5 | 46.8 | 47.1 | 23.5 | 23.1 | 23.7 | 13.5 | 12.9 | 12.9 |
| Age | | | | | | | | | | | | |
| Under 18 years | 11.8 | 10.9 | 10.3 | 54.1 | 57.2 | 57.0 | 25.2 | 24.6 | 25.5 | 8.9 | 7.3 | 7.2 |
| Under 6 years | 5.0 | 4.9 | 6.2 | 44.9 | 50.6 | 48.3 | 37.0 | 34.8 | 35.8 | 13.0 | 9.7 | 9.7 |
| 6–17 years | 15.3 | 13.8 | 12.4 | 58.7 | 60.5 | 61.4 | 19.3 | 19.6 | 20.3 | 6.8 | 6.1 | 6.0 |
| 18–44 years | 21.7 | 25.3 | 24.1 | 46.7 | 45.8 | 46.3 | 19.0 | 17.8 | 18.4 | 12.6 | 11.0 | 11.2 |
| 18–24 years | 22.0 | 25.3 | 24.9 | 46.8 | 47.2 | 46.9 | 20.0 | 17.4 | 18.1 | 11.2 | 10.2 | 10.1 |
| 25–44 years | 21.6 | 25.4 | 23.9 | 46.7 | 45.3 | 46.1 | 18.7 | 17.9 | 18.5 | 13.0 | 11.4 | 11.6 |
| 45–64 years | 16.9 | 16.4 | 14.9 | 42.9 | 44.3 | 45.3 | 24.7 | 23.6 | 23.9 | 15.5 | 15.7 | 15.9 |
| 45–54 years | 17.9 | 18.5 | 16.8 | 43.9 | 46.1 | 47.1 | 23.4 | 21.8 | 21.2 | 14.8 | 13.6 | 14.9 |
| 55–64 years | 15.3 | 13.5 | 12.3 | 41.3 | 41.9 | 43.0 | 26.7 | 26.1 | 27.6 | 16.7 | 18.5 | 17.2 |
| 65 years and over | 8.9 | 6.0 | 7.0 | 34.7 | 33.2 | 33.1 | 32.5 | 36.2 | 36.2 | 23.8 | 24.6 | 23.6 |
| 65–74 years | 9.8 | 6.7 | 8.4 | 36.9 | 34.6 | 35.4 | 31.6 | 36.6 | 36.0 | 21.6 | 22.1 | 20.3 |
| 75 years and over | 7.7 | 5.3 | 5.5 | 31.8 | 31.5 | 30.6 | 33.8 | 35.7 | 36.4 | 26.6 | 27.6 | 27.5 |
| Sex[3] | | | | | | | | | | | | |
| Male | 21.3 | 22.8 | 21.3 | 47.1 | 46.8 | 47.3 | 20.6 | 20.0 | 20.9 | 11.0 | 10.4 | 10.5 |
| Female | 11.8 | 11.8 | 11.5 | 45.4 | 46.8 | 47.1 | 26.5 | 26.2 | 26.3 | 16.3 | 15.2 | 15.1 |
| Race[3,4] | | | | | | | | | | | | |
| White only | 16.0 | 17.2 | 16.2 | 46.1 | 46.2 | 46.8 | 23.9 | 23.4 | 24.0 | 14.0 | 13.2 | 13.0 |
| Black or African American only | 16.8 | 16.0 | 15.5 | 46.1 | 49.2 | 48.4 | 23.2 | 23.3 | 23.4 | 13.9 | 11.5 | 12.7 |
| American Indian or Alaska Native only | 17.1 | 13.5 | 21.5 | 38.0 | 44.2 | 43.1 | 24.2 | 27.6 | 21.5 | 20.7 | 14.7 | 13.9 |
| Asian only | 22.8 | 21.9 | 22.0 | 49.1 | 51.3 | 48.9 | 19.7 | 18.1 | 19.9 | 8.3 | 8.7 | 9.2 |
| Native Hawaiian or Other Pacific Islander only | --- | * | * | --- | * | * | --- | * | * | --- | * | * |
| 2 or more races | --- | 16.3 | 13.0 | --- | 44.8 | 45.4 | --- | 21.3 | 24.1 | --- | 17.6 | 17.5 |
| Hispanic origin and race[3,4] | | | | | | | | | | | | |
| Hispanic or Latino | 24.9 | 27.1 | 25.2 | 42.3 | 43.0 | 44.6 | 20.3 | 19.6 | 20.3 | 12.5 | 10.3 | 9.9 |
| Mexican | 28.9 | 31.1 | 28.0 | 40.8 | 40.8 | 42.9 | 18.5 | 18.3 | 19.5 | 11.8 | 9.8 | 9.6 |
| Not Hispanic or Latino | 15.4 | 15.4 | 14.7 | 46.7 | 47.6 | 47.7 | 24.0 | 23.7 | 24.2 | 13.9 | 13.2 | 13.4 |
| White only | 14.7 | 15.0 | 14.1 | 46.6 | 46.9 | 47.4 | 24.4 | 24.2 | 24.8 | 14.3 | 13.9 | 13.7 |
| Black or African American only | 16.9 | 15.7 | 15.1 | 46.1 | 49.5 | 48.6 | 23.1 | 23.4 | 23.5 | 13.8 | 11.4 | 12.8 |
| Respondent-assessed health status[3] | | | | | | | | | | | | |
| Fair or poor | 7.8 | 12.2 | 9.4 | 23.3 | 21.2 | 25.4 | 29.0 | 28.1 | 29.5 | 39.9 | 38.6 | 35.7 |
| Good to excellent | 17.2 | 17.8 | 17.1 | 48.4 | 49.3 | 49.6 | 23.3 | 22.8 | 23.2 | 11.1 | 10.1 | 10.1 |
| Percent of poverty level[3,5] | | | | | | | | | | | | |
| Below 100% | 20.6 | 21.0 | 19.3 | 37.8 | 39.5 | 39.5 | 22.7 | 22.3 | 23.3 | 18.9 | 17.2 | 18.0 |
| 100%–less than 200% | 20.1 | 21.6 | 20.5 | 43.3 | 43.5 | 42.1 | 21.7 | 21.5 | 23.3 | 14.9 | 13.3 | 14.0 |
| 200% or more | 14.5 | 15.2 | 14.6 | 48.7 | 49.3 | 50.0 | 24.2 | 23.7 | 23.7 | 12.6 | 11.9 | 11.7 |

See footnotes at end of table.

**Table 80 (page 2 of 3). Health care visits to doctor offices, emergency departments, and home visits within the past 12 months, by selected characteristics: United States, 1997, 2006, and 2007**

[Data are based on household interviews of a sample of the civilian noninstitutionalized population]

| | Number of health care visits[1] | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | None | | | 1–3 visits | | | 4–9 visits | | | 10 or more visits | | |
| Characteristic | 1997 | 2006 | 2007 | 1997 | 2006 | 2007 | 1997 | 2006 | 2007 | 1997 | 2006 | 2007 |
| Hispanic origin and race and percent of poverty level[3,4,5] | Percent distribution | | | | | | | | | | | |
| Hispanic or Latino: | | | | | | | | | | | | |
| Below 100% | 30.2 | 32.8 | 30.5 | 34.8 | 35.3 | 36.9 | 19.9 | 19.2 | 19.3 | 15.0 | 12.7 | 13.3 |
| 100%–less than 200% | 28.7 | 29.9 | 30.0 | 39.7 | 42.0 | 39.6 | 20.4 | 19.3 | 21.2 | 11.2 | 8.8 | 9.1 |
| 200% or more | 18.9 | 22.2 | 19.7 | 48.8 | 47.4 | 51.6 | 20.4 | 20.4 | 19.6 | 11.9 | 10.1 | 9.1 |
| Not Hispanic or Latino: | | | | | | | | | | | | |
| White only: | | | | | | | | | | | | |
| Below 100% | 17.0 | 16.3 | 15.4 | 38.3 | 38.7 | 38.1 | 23.9 | 24.2 | 25.5 | 20.9 | 20.8 | 21.0 |
| 100%–less than 200% | 17.3 | 18.8 | 16.2 | 44.1 | 43.7 | 42.0 | 22.2 | 22.2 | 25.5 | 16.3 | 15.4 | 16.3 |
| 200% or more | 13.8 | 14.0 | 13.5 | 48.2 | 48.6 | 49.5 | 24.9 | 24.6 | 24.5 | 13.1 | 12.7 | 12.5 |
| Black or African American only: | | | | | | | | | | | | |
| Below 100% | 17.4 | 18.1 | 15.2 | 38.5 | 45.0 | 43.2 | 23.4 | 21.9 | 24.9 | 20.7 | 15.0 | 16.7 |
| 100%–less than 200% | 18.8 | 17.9 | 17.6 | 43.7 | 45.5 | 46.3 | 22.9 | 24.2 | 21.7 | 14.5 | 12.5 | 14.5 |
| 200% or more | 15.6 | 13.5 | 14.4 | 51.7 | 53.6 | 52.0 | 22.7 | 23.5 | 23.5 | 10.0 | 9.3 | 10.2 |
| Health insurance status at the time of interview[6,7] | | | | | | | | | | | | |
| Under 65 years: | | | | | | | | | | | | |
| Insured | 14.3 | 14.3 | 13.5 | 49.0 | 50.4 | 50.7 | 23.6 | 23.1 | 23.5 | 13.1 | 12.3 | 12.3 |
| Private | 14.7 | 14.7 | 13.9 | 50.6 | 52.6 | 52.8 | 23.1 | 22.4 | 22.6 | 11.6 | 10.3 | 10.7 |
| Medicaid | 9.8 | 11.3 | 11.4 | 35.5 | 37.4 | 38.2 | 26.5 | 25.5 | 26.2 | 28.2 | 25.8 | 24.3 |
| Uninsured | 33.7 | 39.2 | 37.4 | 42.8 | 42.2 | 42.8 | 15.3 | 12.5 | 13.6 | 8.2 | 6.1 | 6.2 |
| Health insurance status prior to interview[6,7] | | | | | | | | | | | | |
| Under 65 years: | | | | | | | | | | | | |
| Insured continuously all 12 months | 14.1 | 14.3 | 13.4 | 49.2 | 50.8 | 51.0 | 23.6 | 23.1 | 23.5 | 13.0 | 11.9 | 12.1 |
| Uninsured for any period up to 12 months | 18.9 | 19.1 | 19.8 | 46.0 | 46.3 | 46.0 | 20.8 | 20.9 | 21.4 | 14.4 | 13.7 | 12.8 |
| Uninsured more than 12 months | 39.0 | 45.6 | 42.9 | 41.4 | 40.2 | 40.7 | 13.2 | 9.6 | 11.5 | 6.4 | 4.5 | 4.9 |
| Percent of poverty level and health insurance status prior to interview[5,6,7] | | | | | | | | | | | | |
| Under 65 years: | | | | | | | | | | | | |
| Below 100%: | | | | | | | | | | | | |
| Insured continuously all 12 months | 13.8 | 12.6 | 12.4 | 39.7 | 43.1 | 41.8 | 25.2 | 24.2 | 26.0 | 21.4 | 20.1 | 19.8 |
| Uninsured for any period up to 12 months | 19.7 | 17.8 | 20.7 | 37.6 | 39.3 | 38.1 | 21.9 | 23.4 | 22.1 | 20.9 | 19.5 | 19.1 |
| Uninsured more than 12 months | 41.2 | 50.1 | 44.3 | 39.9 | 35.3 | 39.4 | 12.2 | 9.9 | 11.0 | 6.6 | 4.8 | 5.3 |
| 100%–less than 200%: | | | | | | | | | | | | |
| Insured continuously all 12 months | 16.0 | 16.3 | 15.1 | 46.4 | 45.9 | 44.5 | 21.9 | 23.0 | 24.6 | 15.8 | 14.8 | 15.8 |
| Uninsured for any period up to 12 months | 18.8 | 20.6 | 17.4 | 45.1 | 49.8 | 45.8 | 21.0 | 18.7 | 22.2 | 15.0 | 10.9 | 14.6 |
| Uninsured more than 12 months | 38.7 | 44.3 | 42.3 | 41.0 | 42.1 | 39.5 | 14.0 | 10.2 | 13.7 | 6.3 | 3.4 | 4.4 |
| 200% or more: | | | | | | | | | | | | |
| Insured continuously all 12 months | 13.7 | 14.1 | 13.2 | 51.0 | 52.6 | 53.3 | 23.6 | 22.9 | 22.8 | 11.7 | 10.4 | 10.7 |
| Uninsured for any period up to 12 months | 17.8 | 18.6 | 20.2 | 50.3 | 48.0 | 49.9 | 20.4 | 20.7 | 20.3 | 11.5 | 12.7 | 9.5 |
| Uninsured more than 12 months | 36.6 | 42.8 | 41.8 | 43.8 | 42.4 | 43.3 | 13.2 | 9.3 | 9.6 | 6.4 | *5.5 | 5.3 |
| Geographic region[3] | | | | | | | | | | | | |
| Northeast | 13.2 | 12.1 | 13.0 | 45.9 | 47.6 | 47.7 | 26.0 | 25.1 | 26.2 | 14.9 | 15.2 | 13.2 |
| Midwest | 15.9 | 15.2 | 15.5 | 47.7 | 48.4 | 48.8 | 22.8 | 23.6 | 22.4 | 13.6 | 12.7 | 13.3 |
| South | 17.2 | 18.3 | 16.9 | 46.1 | 45.6 | 45.3 | 23.3 | 23.5 | 24.8 | 13.5 | 12.6 | 13.0 |
| West | 19.1 | 21.7 | 19.1 | 44.8 | 46.7 | 48.2 | 22.8 | 20.2 | 21.1 | 13.3 | 11.3 | 11.7 |

See footnotes at end of table.

**Table 80 (page 3 of 3). Health care visits to doctor offices, emergency departments, and home visits within the past 12 months, by selected characteristics: United States, 1997, 2006, and 2007**

[Data are based on household interviews of a sample of the civilian noninstitutionalized population]

| Characteristic | None 1997 | None 2006 | None 2007 | 1–3 visits 1997 | 1–3 visits 2006 | 1–3 visits 2007 | 4–9 visits 1997 | 4–9 visits 2006 | 4–9 visits 2007 | 10 or more visits 1997 | 10 or more visits 2006 | 10 or more visits 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location of residence[3] | Percent distribution | | | | | | | | | | | |
| Within MSA[8] | 16.2 | 16.8 | 16.5 | 46.4 | 47.5 | 47.7 | 23.7 | 23.1 | 23.5 | 13.7 | 12.6 | 12.4 |
| Outside MSA[8] | 17.3 | 19.2 | 15.9 | 45.4 | 43.7 | 44.7 | 23.3 | 23.3 | 24.4 | 13.9 | 13.8 | 15.0 |

Number of health care visits[1]

* Estimates are considered unreliable. Data preceded by an asterisk have a relative standard error (RSE) of 20%–30%. Data not shown have an RSE greater than 30%.
- - - Data not available.
[1]This table presents a summary measure of health care visits to doctor offices, emergency departments, and home visits during a 12-month period. See Appendix II, Emergency department visit; Health care contact; Home visit.
[2]Includes all other races not shown separately and unknown health insurance status.
[3]Estimates are age-adjusted to the year 2000 standard population using six age groups: Under 18 years, 18–44 years, 45–54 years, 55–64 years, 65–74 years, and 75 years and over. See Appendix II, Age adjustment.
[4]The race groups, white, black, American Indian or Alaska Native, Asian, Native Hawaiian or Other Pacific Islander, and 2 or more races, include persons of Hispanic and non-Hispanic origin. Persons of Hispanic origin may be of any race. Starting with 1999 data, race-specific estimates are tabulated according to the 1997 Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity and are not strictly comparable with estimates for earlier years. The five single-race categories plus multiple-race categories shown in the table conform to the 1997 Standards. Starting with 1999 data, race-specific estimates are for persons who reported only one racial group; the category 2 or more races includes persons who reported more than one racial group. Prior to 1999, data were tabulated according to the 1977 Standards with four racial groups and the Asian only category included Native Hawaiian or Other Pacific Islander. Estimates for single-race categories prior to 1999 included persons who reported one race or, if they reported more than one race, identified one race as best representing their race. Starting with 2003 data, race responses of other race and unspecified multiple race were treated as missing, and then race was imputed if these were the only race responses. Almost all persons with a race response of other race were of Hispanic origin. See Appendix II, Hispanic origin; Race.
[5]Percent of poverty level is based on family income and family size and composition using U.S. Census Bureau poverty thresholds. Missing family income data were imputed for 24%–29% of persons in 1997–1998 and 31%–34% in 1999–2007. See Appendix II, Family income; Poverty.
[6]Estimates for persons under 65 years of age are age-adjusted to the year 2000 standard population using four age groups: Under 18 years, 18–44 years, 45–54 years, and 55–64 years of age. See Appendix II, Age adjustment.
[7]Health insurance categories are mutually exclusive. Persons who reported both Medicaid and private coverage are classified as having private coverage. Starting with 1997 data, state-sponsored health plan coverage is included as Medicaid coverage. Starting with 1999 data, coverage by the Children's Health Insurance Program (CHIP) is included with Medicaid coverage. In addition to private and Medicaid, the insured category also includes military plans, other government-sponsored health plans, and Medicare, not shown separately. Persons not covered by private insurance, Medicaid, CHIP, state-sponsored or other government-sponsored health plans (starting in 1997), Medicare, or military plans are considered to have no health insurance coverage. Persons with only Indian Health Service coverage are considered to have no health insurance coverage. See Appendix II, Health insurance coverage.
[8]MSA is metropolitan statistical area. Starting with 2006 data, MSA status is determined using 2000 census data and the 2000 standards for defining MSAs. For data prior to 2006, see Appendix II, Metropolitan statistical area (MSA) for the applicable standards.

NOTES: In 1997, the National Health Interview Survey questionnaire was redesigned. See Appendix I, National Health Interview Survey. Standard errors are available in the spreadsheet version of this table. See http://www.cdc.gov/nchs/hus.htm. Data for additional years are available. See Appendix III.

SOURCE: CDC/NCHS, National Health Interview Survey, family core and sample adult questionnaires.