# Exhibit 23

# Current Population Survey (CPS)

## A joint effort between the Bureau of Labor Statistics and the Census Bureau

## Annual Social and Economic (ASEC) Supplement

There is also additional background information for this table group.

Contents for Table

**Symbols Used in Tables**
(B) Base less than 75,000.
(NA) Not available.
(X) Not applicable.

---

# Table HI01. Health Insurance Coverage Status and Type of Coverage by Selected Characteristics: 2008

## All Races

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see www.census.gov/apsd/techdoc/cps/cpsmar09.pdf [PDF].

Source: U.S. Census Bureau, Current Population Survey, 2009 Annual Social and Economic Supplement.

(Numbers in thousands)

| | Total | Not covered at any time during the year | Covered by some type of health insurance during the year | Covered by private insurance | Covered by Employment based | Covered by Own Employment based | Covered by Direct-purchase insurance | Covered by government health plan |
|---|---|---|---|---|---|---|---|---|
| **All Races** | | | | | | | | |
| **Number/Percent** | | | | | | | | |
| **Total** | 301,483 | 46,340 | 255,143 | 200,992 | 176,332 | 92,901 | 26,777 | 87,411 |
| **Age** | | | | | | | | |
| **Under 18 years** | 74,510 | 7,348 | 67,161 | 47,282 | 43,874 | 228 | 3,812 | 24,767 |
| **Under 6 years** | 25,273 | 2,209 | 23,064 | 14,828 | 13,989 | 0 | 1,155 | 9,969 |
| **6 to 11 years** | 24,001 | 2,211 | 21,791 | 15,456 | 14,503 | 0 | 1,276 | 7,898 |
| **12 to 17 years** | 25,236 | 2,929 | 22,307 | 16,998 | 15,382 | 228 | 1,381 | 6,900 |
| **18 to 24 years** | 28,688 | 8,200 | 20,488 | 16,947 | 13,450 | 5,052 | 1,700 | 4,741 |
| **25 to 34 years** | 40,520 | 10,754 | 29,766 | 25,879 | 24,130 | 18,632 | 2,189 | 5,086 |
| **35 to 44 years** | 41,322 | 8,035 | 33,287 | 29,780 | 27,899 | 19,702 | 2,444 | 4,685 |
| **45 to 54 years** | 44,366 | 7,054 | 37,312 | 33,234 | 30,861 | 22,393 | 3,182 | 5,797 |
| **55 to 64 years** | 34,289 | 4,301 | 29,989 | 25,584 | 22,906 | 16,877 | 3,346 | 6,901 |
| **Under 65 years** | 263,695 | 45,693 | 218,002 | 178,705 | 163,119 | 82,885 | 16,673 | 51,977 |
| **65 years and over** | 37,788 | 646 | 37,142 | 22,287 | 13,212 | 10,016 | 10,103 | 35,434 |
| **Sex** | | | | | | | | |
| **Male** | 148,094 | 25,208 | 122,886 | 98,346 | 87,414 | 51,367 | 12,278 | 39,868 |
| **Female** | 153,388 | 21,131 | 132,257 | 102,647 | 88,917 | 41,534 | 14,499 | 47,542 |
| **Nativity** | | | | | | | | |
| **Native** | 264,733 | 34,036 | 230,697 | 182,479 | 159,993 | 82,229 | 24,317 | 79,301 |
| **Foreign-born** | 36,750 | 12,304 | 24,446 | 18,514 | 16,338 | 10,673 | 2,460 | 8,110 |
| **Naturalized citizen** | 15,475 | 2,792 | 12,683 | 9,739 | 8,561 | 5,858 | 1,371 | 4,484 |
| **Not a citizen** | 21,274 | 9,511 | 11,763 | 8,774 | 7,777 | 4,815 | 1,089 | 3,626 |