# Exhibit 38



# The Cost of Failure to Enact Health Reform:
## Implications for States

Bowen Garrett, John Holahan, Lan Doan, and Irene Headen

Robert Wood Johnson Foundation

Urban Institute

# National

**Table 2A.** Changes in Coverage Across Years, Non-Elderly Population (in millions)

| | 2009 | | 2014 | | 2019 | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| **Worst Case** | | | | | | |
| Employer-Sponsored Insurance | 150.0 | 56.1 | 145.2 | 52.7 | 139.4 | 49.2 |
| Non-Group | 15.8 | 5.9 | 12.8 | 4.7 | 12.2 | 4.3 |
| Medicaid | 44.1 | 16.5 | 51.2 | 18.6 | 57.4 | 20.3 |
| Medicare | 4.5 | 1.7 | 4.6 | 1.7 | 4.6 | 1.6 |
| Other | 4.0 | 1.5 | 4.2 | 1.5 | 4.3 | 1.5 |
| Uninsured | 49.1 | 18.4 | 57.7 | 20.9 | 65.7 | 23.2 |
| Total | 267.6 | 100.0 | 275.7 | 100.0 | 283.6 | 100.0 |
| **Intermediate Case** | | | | | | |
| Employer-Sponsored Insurance | 150.0 | 56.1 | 148.1 | 53.7 | 145.7 | 51.4 |
| Non-Group | 15.8 | 5.9 | 13.1 | 4.7 | 12.0 | 4.2 |
| Medicaid | 44.1 | 16.5 | 49.7 | 18.0 | 54.9 | 19.3 |
| Medicare | 4.5 | 1.7 | 4.5 | 1.6 | 4.5 | 1.6 |
| Other | 4.0 | 1.5 | 4.2 | 1.5 | 4.3 | 1.5 |
| Uninsured | 49.1 | 18.4 | 56.2 | 20.4 | 62.2 | 21.9 |
| Total | 267.6 | 100.0 | 275.7 | 100.0 | 283.6 | 100.0 |
| **Best Case** | | | | | | |
| Employer-Sponsored Insurance | 150.0 | 56.1 | 151.9 | 55.1 | 153.0 | 53.9 |
| Non-Group | 15.8 | 5.9 | 13.8 | 5.0 | 13.0 | 4.6 |
| Medicaid | 44.1 | 16.5 | 48.3 | 17.5 | 51.9 | 18.3 |
| Medicare | 4.5 | 1.7 | 4.5 | 1.6 | 4.5 | 1.6 |
| Other | 4.0 | 1.5 | 4.1 | 1.5 | 4.3 | 1.5 |
| Uninsured | 49.1 | 18.4 | 53.1 | 19.3 | 57.0 | 20.1 |
| Total | 267.6 | 100.0 | 275.7 | 100.0 | 283.6 | 100.0 |

**Table 2B.** Aggregate Spending Across Years, Non-Elderly Population

| | 2009 (in billions) | 2014 (in billions) | % change 2009-2014 | 2019 (in billions) | % change 2014-2019 | % change 2009-2019 |
|---|---|---|---|---|---|---|
| **Worst Case** | | | | | | |
| Medicaid/CHIP Spending | $251.2 | $366.5 | 45.9% | $519.7 | 41.8% | 106.8% |
| Uncompensated Care | 62.1 | 92.3 | 48.7% | 141.4 | 53.2% | 127.8% |
| Employer Premium Spending | 429.8 | 624.7 | 45.3% | 885.1 | 41.7% | 105.9% |
| Individual and Family Spending | 326.4 | 416.9 | 27.7% | 548.4 | 31.6% | 68.0% |
| **Intermediate Case** | | | | | | |
| Medicaid/CHIP Spending | 251.2 | 341.6 | 36.0% | 458.4 | 34.2% | 82.4% |
| Uncompensated Care | 62.1 | 87.0 | 40.1% | 123.1 | 41.5% | 98.3% |
| Employer Premium Spending | 429.8 | 610.5 | 42.0% | 847.3 | 38.8% | 97.2% |
| Individual and Family Spending | 326.4 | 408.3 | 25.1% | 521.3 | 27.7% | 59.7% |
| **Best Case** | | | | | | |
| Medicaid/CHIP Spending | 251.2 | 320.4 | 27.5% | 403.8 | 26.1% | 60.7% |
| Uncompensated Care | 62.1 | 81.0 | 30.4% | 106.6 | 31.6% | 71.7% |
| Employer Premium Spending | 429.8 | 572.9 | 33.3% | 740.6 | 29.3% | 72.3% |
| Individual and Family Spending | 326.4 | 392.3 | 20.2% | 476.2 | 21.4% | 45.9% |

*Source: Urban Institute's Health Insurance Policy Simulation Model*
*Note: Individual and Family Spending includes out-of-pocket health care costs and premiums.*