# Exhibit 39

## Federal and State Share of Medicaid Spending, FY2008

Bar Graph | Table | Map | Map & Table

**Map & Rank by:** Region Name

**Data View:** % $

### Federal




$246,350,297 - $963,152,709

$1,012,013,820 - $2,691,847,767

$2,757,819,273 - $4,630,152,733

$4,712,563,273 - $23,809,231,518

| | Federal | State | Total |
|---|---|---|---|
| United States | $192,441,156,478 | $146,350,325,965 | $338,791,482,443 |
| Alabama | $2,757,819,273 | $1,320,588,406 | $4,078,407,679 |
| Alaska | $467,160,856 | $423,008,458 | $890,169,313 |
| Arizona | $4,969,190,009 | $2,537,139,310 | $7,506,329,319 |
| Arkansas | $2,397,775,689 | $889,550,455 | $3,287,326,144 |
| California | $19,373,942,715 | $19,373,942,715 | $38,747,885,430 |
| Colorado | $1,584,678,458 | $1,584,678,458 | $3,169,356,915 |
| Connecticut | $2,271,774,922 | $2,271,774,922 | $4,543,549,844 |
| Delaware | $551,099,248 | $551,099,248 | $1,102,198,496 |
| District of Columbia | $1,012,013,820 | $433,720,208 | $1,445,734,028 |
| Florida | $8,348,827,356 | $6,342,053,088 | $14,690,880,444 |
| Georgia | $4,630,152,733 | $2,707,648,745 | $7,337,801,478 |
| Hawaii | $681,794,615 | $524,921,518 | $1,206,716,133 |
| Idaho | $843,548,593 | $363,762,975 | $1,207,311,568 |
| Illinois | $5,801,179,235 | $5,801,179,235 | $11,602,358,470 |
| Indiana | $3,856,316,259 | $2,295,089,482 | $6,151,405,741 |
| Iowa | $1,755,676,414 | $1,088,445,429 | $2,844,121,843 |
| Kansas | $1,351,621,254 | $922,686,762 | $2,274,308,016 |
| Kentucky | $3,355,429,530 | $1,453,153,918 | $4,808,583,448 |
| Louisiana | $4,397,237,513 | $1,670,428,435 | $6,067,665,948 |
| Maine | $1,426,491,606 | $826,693,682 | $2,253,185,288 |
| Maryland | $2,850,322,668 | $2,850,322,668 | $5,700,645,336 |
| Massachusetts | $5,410,794,131 | $5,410,794,131 | $10,821,588,261 |
| Michigan | $5,721,094,671 | $4,125,884,108 | $9,846,978,779 |
| Minnesota | $3,488,828,658 | $3,488,828,658 | $6,977,657,315 |
| Mississippi | $2,908,011,848 | $903,774,557 | $3,811,786,405 |
| Missouri | $4,425,682,474 | $2,664,484,898 | $7,090,167,372 |
| Montana | $531,916,132 | $244,263,836 | $776,179,968 |
| Nebraska | $921,513,335 | $666,755,081 | $1,588,268,416 |
| Nevada | $693,297,698 | $623,757,199 | $1,317,054,897 |
| New Hampshire | $628,250,419 | $628,250,419 | $1,256,500,838 |
| New Jersey | $4,712,563,273 | $4,712,563,273 | $9,425,126,545 |
| New Mexico | $2,163,417,690 | $881,933,788 | $3,045,351,478 |
| New York | $23,809,231,518 | $23,809,231,518 | $47,618,463,035 |

| | Federal | State | Total |
|---|---|---|---|
| United States | $192,441,156,478 | $146,350,325,965 | $338,791,482,443 |
| North Carolina | $6,508,945,280 | $3,653,342,432 | $10,162,287,712 |
| North Dakota | $340,699,937 | $193,731,337 | $534,431,274 |
| Ohio | $7,935,688,776 | $5,118,578,004 | $13,054,266,780 |
| Oklahoma | $2,374,610,832 | $1,164,302,480 | $3,538,913,312 |
| Oregon | $1,959,962,162 | $1,260,481,745 | $3,220,443,907 |
| Pennsylvania | $8,815,021,817 | $7,484,944,560 | $16,299,966,377 |
| Rhode Island | $963,152,709 | $871,074,503 | $1,834,227,212 |
| South Carolina | $3,096,293,542 | $1,340,292,705 | $4,436,586,247 |
| South Dakota | $393,520,037 | $262,018,922 | $655,538,959 |
| Tennessee | $4,571,985,814 | $2,604,259,381 | $7,176,245,195 |
| Texas | $12,990,522,646 | $8,470,773,647 | $21,461,296,293 |
| Utah | $1,071,382,657 | $445,511,944 | $1,516,894,601 |
| Vermont | $574,554,554 | $398,771,812 | $973,326,366 |
| Virginia | $2,691,847,767 | $2,691,847,767 | $5,383,695,534 |
| Washington | $3,242,004,965 | $3,050,706,535 | $6,292,711,500 |
| West Virginia | $1,691,177,211 | $586,502,535 | $2,277,679,746 |
| Wisconsin | $2,874,780,868 | $2,114,425,776 | $4,989,206,644 |
| Wyoming | $246,350,297 | $246,350,297 | $492,700,594 |

(show/hide notes)

**Notes:** Expenditures include benefit payments and disproportionate share hospital payments; do not include administrative costs, accounting adjustments, or the U.S. Territories. Total spending including these additional items was about $352.1 billion in FY2008.

**Sources:** Urban Institute and Kaiser Commission on Medicaid and the Uninsured estimates based on data from Centers for Medicare and Medicaid Services HCFA-64 reports, 2010.

**Definitions:** **Federal Fiscal Year**: Unless otherwise noted, years proceeded by "FY" on statehealthfacts.org refer to the Federal Fiscal Year, which runs from October 1 through September 30. For example, FY 2009 refers to the period from October 1, 2008 through September 30, 2009.