# Exhibit 40

Fiscal Year

2008

# State Expenditure Report

National Association of State Budget Officers

Published Fall 2009

NASBO
Founded 1945

*Table 5*

**STATE SPENDING BY FUNCTION AS A PERCENT OF TOTAL STATE EXPENDITURES, FISCAL 2008**

| Region/State | Elementary & Secondary Education | Higher Education | Public Assistance | Medicaid | Corrections | Transportation | All Other | Total |
|---|---|---|---|---|---|---|---|---|
| **NEW ENGLAND** | | | | | | | | |
| Connecticut | 15.2 % | 10.7 % | 1.9 % | 17.4 % | 2.9 % | 6.4 % | 45.5 % | 100.0 % |
| Maine | 18.8 | 3.7 | 2.4 | 28.2 | 2.1 | 7.5 | 37.4 | 100.0 |
| Massachusetts | 13.9 | 9.7 | 3.1 | 18.7 | 2.8 | 5.6 | 46.2 | 100.0 |
| New Hampshire | 22.2 | 5.0 | 1.6 | 26.0 | 2.2 | 11.3 | 31.8 | 100.0 |
| Rhode Island | 15.5 | 11.8 | 2.0 | 25.9 | 2.8 | 4.7 | 37.3 | 100.0 |
| Vermont | 26.4 | 1.8 | 1.7 | 18.9 | 2.5 | 7.2 | 41.5 | 100.0 |
| **MID-ATLANTIC** | | | | | | | | |
| Delaware | 23.1 | 4.3 | 0.3 | 11.5 | 3.1 | 10.0 | 47.7 | 100.0 |
| Maryland | 20.9 | 15.0 | 1.9 | 18.9 | 4.4 | 11.8 | 27.3 | 100.0 |
| New Jersey | 24.2 | 7.3 | 0.8 | 19.5 | 3.4 | 9.1 | 35.6 | 100.0 |
| New York | 20.9 | 7.1 | 3.1 | 26.7 | 2.9 | 5.6 | 33.6 | 100.0 |
| Pennsylvania | 19.4 | 4.0 | 2.0 | 30.3 | 3.4 | 10.1 | 30.8 | 100.0 |
| **GREAT LAKES** | | | | | | | | |
| Illinois | 21.8 | 6.0 | 0.3 | 29.5 | 3.0 | 8.3 | 31.2 | 100.0 |
| Indiana | 23.5 | 7.9 | 1.4 | 21.7 | 3.0 | 10.3 | 32.2 | 100.0 |
| Michigan | 29.5 | 5.5 | 1.1 | 22.2 | 5.3 | 8.0 | 28.4 | 100.0 |
| Ohio | 19.2 | 5.3 | 2.3 | 23.2 | 3.6 | 7.4 | 39.0 | 100.0 |
| Wisconsin | 19.1 | 13.1 | 0.3 | 13.5 | 3.4 | 7.0 | 43.6 | 100.0 |
| **PLAINS** | | | | | | | | |
| Iowa | 18.1 | 25.2 | 0.8 | 17.9 | 2.6 | 6.4 | 29.0 | 100.0 |
| Kansas | 28.2 | 17.5 | 0.4 | 18.7 | 3.1 | 8.8 | 23.3 | 100.0 |
| Minnesota | 26.4 | 10.7 | 1.3 | 22.6 | 1.8 | 8.9 | 28.2 | 100.0 |
| Missouri | 24.2 | 5.6 | 0.8 | 34.5 | 2.9 | 10.4 | 21.6 | 100.0 |
| Nebraska | 14.8 | 22.0 | 0.7 | 17.7 | 2.5 | 7.8 | 34.4 | 100.0 |
| North Dakota | 14.5 | 23.5 | 0.3 | 15.1 | 2.0 | 12.0 | 32.6 | 100.0 |
| South Dakota | 16.7 | 18.4 | 0.9 | 22.3 | 3.2 | 12.7 | 25.8 | 100.0 |
| **SOUTHEAST** | | | | | | | | |
| Alabama | 13.7 | 10.5 | 0.1 | 11.0 | 1.4 | 3.1 | 60.2 | 100.0 |
| Arkansas | 18.7 | 16.3 | 2.2 | 20.3 | 2.3 | 5.8 | 34.5 | 100.0 |
| Florida | 20.2 | 9.9 | 0.2 | 23.2 | 4.8 | 10.7 | 31.0 | 100.0 |
| Georgia | 27.7 | 7.9 | 1.5 | 19.6 | 3.3 | 5.9 | 34.2 | 100.0 |
| Kentucky | 20.6 | 24.1 | 0.7 | 21.3 | 2.5 | 10.8 | 20.0 | 100.0 |
| Louisiana | 15.2 | 9.6 | 0.5 | 19.3 | 2.7 | 5.2 | 47.5 | 100.0 |
| Mississippi | 20.3 | 16.8 | 0.2 | 22.4 | 2.2 | 8.7 | 29.4 | 100.0 |
| North Carolina | 22.4 | 11.8 | 0.6 | 26.4 | 3.3 | 9.1 | 26.3 | 100.0 |
| South Carolina | 18.8 | 20.6 | 0.4 | 21.1 | 3.0 | 7.5 | 28.6 | 100.0 |
| Tennessee | 17.7 | 14.3 | 0.4 | 28.5 | 2.6 | 6.6 | 29.8 | 100.0 |
| Virginia | 19.3 | 12.9 | 0.4 | 15.1 | 4.2 | 12.1 | 36.0 | 100.0 |
| West Virginia | 11.3 | 9.8 | 0.4 | 12.1 | 1.1 | 5.7 | 59.5 | 100.0 |
| **SOUTHWEST** | | | | | | | | |
| Arizona | 27.5 | 10.9 | 0.5 | 22.8 | 4.2 | 7.0 | 27.2 | 100.0 |
| New Mexico | 19.8 | 18.3 | 0.8 | 20.8 | 2.0 | 7.0 | 31.4 | 100.0 |
| Oklahoma | 16.0 | 12.2 | 1.2 | 18.6 | 2.8 | 5.9 | 43.4 | 100.0 |
| Texas | 28.8 | 12.1 | 0.1 | 16.4 | 4.0 | 9.7 | 28.8 | 100.0 |
| **ROCKY MOUNTAIN** | | | | | | | | |
| Colorado | 31.0 | 13.9 | 0.1 | 11.1 | 3.0 | 6.6 | 34.2 | 100.0 |
| Idaho | 28.6 | 8.3 | 0.3 | 21.9 | 4.1 | 10.4 | 26.4 | 100.0 |
| Montana | 19.8 | 11.8 | 0.9 | 16.8 | 3.8 | 13.4 | 33.5 | 100.0 |
| Utah | 23.2 | 10.9 | 0.7 | 13.6 | 2.9 | 22.1 | 26.6 | 100.0 |
| Wyoming | 17.7 | 1.0 | 0.0 | 10.2 | 0.0 | 11.6 | 59.5 | 100.0 |
| **FAR WEST** | | | | | | | | |
| Alaska | 10.8 | 7.0 | 0.9 | 8.4 | 2.4 | 12.1 | 58.5 | 100.0 |
| California | 24.2 | 8.4 | 5.1 | 19.7 | 5.0 | 5.8 | 31.7 | 100.0 |
| Hawaii | 21.9 | 10.1 | 0.8 | 11.2 | 2.1 | 10.0 | 44.0 | 100.0 |
| Nevada | 16.6 | 11.0 | 0.6 | 12.3 | 4.2 | 11.4 | 44.0 | 100.0 |
| Oregon | 17.1 | 12.0 | 0.7 | 13.7 | 3.7 | 6.5 | 46.3 | 100.0 |
| Washington | 23.1 | 13.7 | 1.3 | 19.6 | 3.7 | 8.5 | 30.2 | 100.0 |
| **ALL STATES** | **21.6 %** | **10.2 %** | **1.7 %** | **20.7 %** | **3.5 %** | **7.9 %** | **34.6 %** | **100.0 %** |

Note: Percentages may not add to 100.
Source: National Association of State Budget Officers, 2008 State Expenditure Report