# Exhibit 42

# 2009 State Tax Collection by Source

## (Percentage of Total)

| | Property | Sales | Selective Sales* | Individual Income | Corporate Income | Other |
|---|---|---|---|---|---|---|
| Alabama | 3.8 | 24.9 | 25.7 | 32.1 | 5.9 | 7.6 |
| Alaska | 2.2 | -- | 4.9 | -- | 12.8 | 80.1 |
| Arizona | 7.4 | 50.4 | 15.2 | 17.4 | 5.3 | 4.2 |
| Arkansas | 9.8 | 37.0 | 13.2 | 30.0 | 4.6 | 5.3 |
| California | 2.3 | 28.7 | 7.3 | 43.9 | 9.4 | 8.3 |
| Colorado | -- | 24.5 | 13.5 | 50.7 | 3.8 | 7.5 |
| Connecticut | -- | 25.4 | 16.5 | 49.3 | 3.4 | 5.3 |
| Delaware | -- | -- | 16.9 | 32.5 | 7.4 | 43.2 |
| Florida | 0.0 | 60.2 | 23.9 | -- | 5.7 | 10.2 |
| Georgia | 0.5 | 33.0 | 10.5 | 48.5 | 4.3 | 3.1 |
| Hawaii | -- | 52.2 | 14.1 | 28.4 | 1.7 | 3.6 |
| Idaho | -- | 38.0 | 11.6 | 37.1 | 4.5 | 8.8 |
| Ilinois | 0.2 | 25.5 | 24.0 | 31.4 | 9.4 | 9.5 |
| Indiana | 0.1 | 41.6 | 17.8 | 29.0 | 5.6 | 5.9 |
| Iowa | -- | 31.5 | 15.3 | 38.7 | 3.8 | 10.7 |
| Kansas | 1.2 | 33.3 | 12.2 | 40.8 | 5.5 | 7.0 |
| Kentucky | 5.3 | 29.3 | 18.5 | 34.0 | 4.0 | 9.0 |
| Louisiana | 0.6 | 29.6 | 20.5 | 29.4 | 6.1 | 13.8 |
| Maine | 1.2 | 29.0 | 18.0 | 39.3 | 4.1 | 8.4 |
| Maryland | 4.6 | 25.5 | 15.1 | 42.8 | 5.0 | 7.1 |
| Massachusetts | 0.0 | 19.9 | 10.4 | 54.4 | 9.2 | 6.1 |
| Michigan | 9.9 | 40.2 | 15.0 | 25.6 | 2.8 | 6.5 |
| Minnesota | 4.2 | 25.5 | 17.4 | 40.5 | 4.5 | 7.9 |
| Mississippi | 0.8 | 46.5 | 17.1 | 22.8 | 5.0 | 7.9 |
| Missouri | 0.3 | 29.3 | 15.2 | 46.1 | 2.7 | 6.4 |
| Montana | 9.8 | -- | 22.0 | 34.4 | 6.8 | 27.1 |
| Nebraska | 0.0 | 37.6 | 12.8 | 40.0 | 5.0 | 4.6 |
| Nevada | 3.7 | 48.2 | 29.8 | -- | -- | 18.3 |
| New Hampshire | 18.5 | -- | 39.0 | 4.6 | 23.2 | 14.7 |
| New Jersey | 0.0 | 30.1 | 13.0 | 39.2 | 8.8 | 8.8 |
| New Mexico | 1.3 | 38.9 | 12.5 | 19.2 | 4.2 | 23.9 |
| New York | -- | 17.0 | 14.1 | 56.7 | 6.8 | 5.4 |
| North Carolina | -- | 24.2 | 16.9 | 46.6 | 4.4 | 7.8 |
| North Dakota | 0.1 | 25.2 | 13.9 | 15.3 | 5.4 | 40.1 |
| Ohio | -- | 30.6 | 20.1 | 34.7 | 2.2 | 12.4 |
| Oklahoma | -- | 26.5 | 12.2 | 31.2 | 4.2 | 25.9 |
| Oregon | 0.3 | -- | 10.0 | 73.2 | 3.5 | 12.9 |
| Pennsylvania | 0.2 | 28.3 | 21.9 | 31.8 | 5.8 | 12.1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rhode Island | 0.1 | 31.5 | 22.0 | 37.2 | 4.2 | 5.1 |
| South Carolina | 0.1 | 40.7 | 16.3 | 32.9 | 3.1 | 6.8 |
| South Dakota | -- | 56.7 | 24.5 | -- | 3.7 | 15.1 |
| Tennessee | -- | 60.9 | 15.7 | 2.1 | 7.8 | 13.4 |
| Texas | -- | 51.6 | 25.8 | -- | -- | 22.7 |
| Utah | -- | 32.2 | 12.1 | 42.8 | 4.5 | 8.5 |
| Vermont | 36.4 | 12.8 | 20.0 | 21.3 | 3.5 | 6.1 |
| Virginia | 0.2 | 20.8 | 13.2 | 55.1 | 3.9 | 6.9 |
| Washington | 10.9 | 61.2 | 18.7 | -- | -- | 9.2 |
| West Virginia | 0.1 | 23.2 | 23.3 | 32.5 | 8.8 | 12.1 |
| Wisconsin | 0.9 | 28.2 | 17.4 | 42.9 | 4.3 | 6.2 |
| Wyoming | 10.4 | 35.8 | 4.7 | -- | -- | 49.1 |
| **U.S. Total** | **1.8** | **31.9** | **16.0** | **34.4** | **5.6** | **10.3** |

Source: U.S. Bureau of the Census.
--- tax not levied at state level.
* Selective sales taxes are state Excise taxes (i.e., motor fuel, alcoholic beverages, etc.)