# Exhibit 43

FTA Home Page > State Comparisons > Revenue/Burdens

# 2009 State Tax Revenue

| | Total Taxes ($ million) | Per Capita | Rank | % of Pers. Income | Rank |
|---|---|---|---|---|---|
| Alabama | 8,306 | 1,764 | 40 | 5.3 | 38 |
| Alaska | 4,953 | 7,092 | 1 | 16.4 | 1 |
| Arizona | 11,250 | 1,706 | 44 | 5.0 | 40 |
| Arkansas | 7,468 | 2,584 | 16 | 8.1 | 7 |
| California | 101,007 | 2,733 | 12 | 6.3 | 20 |
| Colorado | 8,683 | 1,728 | 41 | 4.1 | 49 |
| Connecticut | 12,928 | 3,674 | 5 | 6.6 | 19 |
| Delaware | 2,806 | 3,170 | 9 | 7.9 | 8 |
| Florida | 31,957 | 1,724 | 43 | 4.4 | 46 |
| Georgia | 16,078 | 1,636 | 48 | 4.8 | 44 |
| Hawaii | 4,713 | 3,639 | 6 | 8.7 | 5 |
| Idaho | 3,172 | 2,052 | 37 | 6.3 | 21 |
| Illinois | 29,268 | 2,267 | 27 | 5.4 | 37 |
| Indiana | 14,900 | 2,320 | 26 | 6.8 | 17 |
| Iowa | 6,984 | 2,322 | 25 | 6.2 | 25 |
| Kansas | 6,695 | 2,375 | 23 | 6.2 | 27 |
| Kentucky | 9,756 | 2,261 | 28 | 7.1 | 14 |
| Louisiana | 10,015 | 2,229 | 29 | 6.2 | 23 |
| Maine | 3,489 | 2,647 | 14 | 7.3 | 12 |
| Maryland | 15,127 | 2,654 | 13 | 5.6 | 35 |
| Massachusetts | 19,483 | 2,955 | 11 | 5.8 | 31 |
| Michigan | 23,557 | 2,363 | 24 | 6.7 | 18 |
| Minnesota | 17,161 | 3,259 | 8 | 7.6 | 9 |
| Mississippi | 6,515 | 2,207 | 32 | 7.3 | 11 |
| Missouri | 10,345 | 1,728 | 42 | 4.8 | 43 |
| Montana | 2,407 | 2,469 | 18 | 7.2 | 13 |
| Nebraska | 4,001 | 2,227 | 30 | 5.7 | 34 |
| Nevada | 5,564 | 2,105 | 34 | 5.2 | 39 |
| New Hampshire | 2,126 | 1,605 | 49 | 3.7 | 50 |
| New Jersey | 27,187 | 3,122 | 10 | 6.1 | 28 |
| New Mexico | 4,852 | 2,414 | 21 | 7.3 | 10 |
| New York | 65,030 | 3,328 | 7 | 6.8 | 15 |
| North Carolina | 20,496 | 2,185 | 33 | 6.3 | 22 |
| North Dakota | 2,414 | 3,732 | 4 | 9.4 | 4 |
| Ohio | 23,952 | 2,075 | 35 | 5.8 | 33 |
| Oklahoma | 8,161 | 2,213 | 31 | 6.2 | 24 |
| Oregon | 7,419 | 1,939 | 39 | 5.4 | 36 |
| Pennsylvania | 30,071 | 2,386 | 22 | 6.0 | 29 |
| Rhode Island | 2,586 | 2,456 | 20 | 5.9 | 30 |

| | | | | | |
|---|---|---|---|---|---|
| South Carolina | 7,146 | 1,567 | 50 | 4.9 | 41 |
| South Dakota | 1,334 | 1,642 | 47 | 4.3 | 48 |
| Tennessee | 10,443 | 1,659 | 45 | 4.8 | 42 |
| Texas | 40,787 | 1,646 | 46 | 4.4 | 47 |
| Utah | 5,423 | 1,947 | 38 | 6.2 | 26 |
| Vermont | 2,506 | 4,030 | 3 | 10.4 | 3 |
| Virginia | 16,199 | 2,055 | 36 | 4.7 | 45 |
| Washington | 16,409 | 2,462 | 19 | 5.8 | 32 |
| West Virginia | 4,789 | 2,632 | 15 | 8.3 | 6 |
| Wisconsin | 14,491 | 2,563 | 17 | 6.8 | 16 |
| Wyoming | 2,764 | 5,078 | 2 | 10.7 | 2 |
| **U.S. Total** | **715,171** | **2,334** | | **5.8** | |

*Source: U.S. Bure*
*au of the Census and Bureau of Economic Analysis.*