**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

STATE OF FLORIDA, by and through
Attorney General Pam Bondi, et al.;

      Plaintiffs,

      v.                              Case No.: 3:10-cv-91-RV/EMT

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
et al.,

      Defendants.
_____/

**FINAL SUMMARY DECLARATORY JUDGMENT**

      For all the reasons stated in the Order Granting Summary Judgment entered contemporaneously herewith, and in accordance with Rule 57 of the Federal Rules of Civil Procedure and Title 28, United States Code, Section 2201(a), it is hereby DECLARED, ADJUDGED, and DECREED that The Patient Protection and Affordable Care Act, Pub. L. No. 111-148, 124 Stat. 119 (2010), as amended by the Health Care and Education Reconciliation Act of 2010, Pub. L. No. 111-152, 124 Stat. 1029 (2010), is unconstitutional.

      DONE and ORDERED this 31st day of January, 2011.

                          /s/ *Roger Vinson*
                          ROGER VINSON
                          Senior United States District Judge