# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA, et al.

    vs                                        Case No.3:10cv91-RV/EMT

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al.

## ORDER

Your document, **NOTICE OF APPEAL (PRO-SE) BY ROBERT P. SMITH, JR.**, was referred to the undersigned with the following deficiencies:

> You are not a party to this action. Your Motion to Intervene (doc. 23) was denied on April 23, 2010 by Order of this Court (doc. 37). There is no legal basis for filing an appeal.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party, along with the $455 filing fee.

DONE and ORDERED this 2nd day of February, 2011.

                                          /s *Roger Vinson*
                                        SENIOR UNITED STATES DISTRICT JUDGE