**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

STATE OF FLORIDA, by and through
Attorney General Pam Bondi, et al.;

     Plaintiffs,

    v.                                  Case No.: 3:10-cv-91-RV/EMT

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.,

     Defendants.
_____/

**ORDER**

Pursuant to the Eleventh Circuit's order, filed February 24, 2011 (doc. 159), the Clerk is hereby directed to file the notice of appeal previously submitted by non-party Robert Smith and forward same to the Court of Appeals, after the filing fee is paid.

DONE and ORDERED this 28th day of February, 2011.

                              /s/ *Roger Vinson*
                              ROGER VINSON
                              Senior United States District Judge