IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, by and through PAM BONDI, *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 3:10-cv-91-RV/EMT |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, ) ) ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that defendants, the United States Department of Health and Human Services; Kathleen Sebelius, in her official capacity as Secretary of Health and Human Services; the United States Department of the Treasury; Timothy F. Geithner, in his official capacity as Secretary of the Treasury; the United States Department of Labor; and Hilda L. Solis, in her official capacity as Secretary of Labor, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Summary Declaratory Judgment (Doc. 151) and Order Granting Summary Judgment (Doc. 150) granting summary judgment in part to plaintiffs and denying summary judgment in part to defendants, entered in this action on January 31, 2011, as clarified by the Order (Doc. 167) entered in this action on March 3, 2011; and from all previous rulings in this action, including the Order and Memorandum Opinion (Doc. 79) denying in part defendants' motion to dismiss, entered in this action on October 14, 2010.

Dated: March 8, 2011                              Respectfully submitted,

TONY WEST
Assistant Attorney General

IAN HEATH GERSHENGORN
Deputy Assistant Attorney General

THOMAS F. KIRWIN
United States Attorney

SHEILA LIEBER
Deputy Director

 /s/ *Eric Beckenhauer*
BRIAN KENNEDY
Senior Trial Counsel, D.C. Bar No. 228726
ERIC B. BECKENHAUER, Cal. Bar No. 237526
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 8, 2011, the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Plaintiffs' counsel of record.

                                               /s/ *Eric B. Beckenhauer*
                                              ERIC B. BECKENHAUER